Frank Winfield Anderson
ADOC No. 136521
ASPC/Eyman/Browning Unit
P.O. Box 3400
Florence, AZ 85132
Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Winfield Anderson, | CV-23-8023-PCT-GMS |
| Petitioner, | DEATH-PENALTY CASE |
| vs. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation & Reentry, and Staci Ibarra, Warden, Arizona State Prison – Eyman Complex, | Statement of Intent |
| Respondents. | |

I, Petitioner Frank Winfield Anderson, hereby express my intent to file an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the constitutionality of my confinement.

Respectfully submitted this ___21___ day of __Dec 2022__, _____.

By: _Frank W. Anderson_
Frank Winfield Anderson, Pro Se