Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
David Anthony
Assistant Federal Public Defender
Nevada Bar No. 007978
David_Anthony@fd.org
Benjamin A. Gerson
Assistant Federal Public Defender
New York State Bar No. 5505144
Benjamin_Gerson@fd.org
Lisa C. Brunner
Assistant Federal Public Defender
Pennsylvania Bar No. 318543
Lisa_Brunner@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Winfield Anderson, | Case No. CV-23-08023-PCT-GMS |
| Petitioner, | **Exhibit List to Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation, & Reentry *et al.,* Respondents. | DEATH PENALTY CASE |

1

| Exhibit | Document |
|---|---|
| **1.** | Declaration of Twila Hall (June 29, 2023) |
| **2.** | Declaration of Katherine Langelier (July 27, 2023) |
| **3.** | Arizona Department of Corrections medical records for Frank Anderson |
| **4.** | Termination of Wardship and Predisposition Investigation, *In the Matter of Poyson, Robert Allen,* Case No. 2365, Fourth Judicial District Court (December 7, 1992) |
| **5.** | Children's Review and Placement Team Treatment Classification Profile Worksheet for Robert Poyson (March 18, 1993) |
| **6.** | Report of Neuropsychological Evaluation for Robert A. Poyson (March 12, 2002) |
| **7.** | Psychiatric Evaluation for Robert Poyson (May 24, 1990) |
| **8.** | Transcript of Jury Trial, Volume VI, *State v. Lane*, Case No. CR-96-1057, Mohave County Superior Court (May 26, 1998) |
| **9.** | Transcript of Jury Trial, Volume VII, *State v. Lane*, Case No. CR-96-1057, Mohave County Superior Court (May 27, 1998) |
| **10.** | Transcript of Judgment and Sentence, *State v. Lane*, Case No. CR-96-1057, Mohave County Superior Court (June 25, 1998) |
| **11.** | Transcript of Jury Trial, Volume VI, *State v. Poyson,* Case No. CR-96-865, Mohave County Superior Court (March 9, 1998) |
| **12.** | Transcript of Judgment and Sentencing, *State v. Poyson,* Case No. CR-96-865, Mohave County Superior Court (November 20, 1998) |
| **13.** | Record request to Pinnacle Health Harrisburg Campus (April 22, 2008) |
| **14.** | Frequent Moves of Frank Anderson (September 2023) |
| **15.** | Exhibit 3 – tape recorded interview of Frank Anderson, *State v. Anderson*, Case No. CR-96-865, Mohave County Superior Court (admitted October 4, 2001) |

**16.**    Declaration of Thomas H. Dunn, Esq. (September 23, 2023)

**17.**    Forensic Evaluation of Frank Anderson, Dr. Matthew Mendel, PhD (September 22, 2023)

**18.**    Declaration of Mason Roush-Wallace, Bruce Franer Interview (September 25, 2023)

**19.**    Declaration of Mason Roush-Wallace, Detective Cooper Investigation (September 25, 2023)

**20.**    Declaration of Mason Roush-Wallace, Kingman Police Department (September 26, 2023)

**21.**    Declaration of Mary Patricia Durand (September 26, 2023)

**22.**    Arizona Department of Corrections medical records for Frank Anderson (September 19, 2023)

**23.**    Capital Case Commission Final Report, Office of the Attorney General, Sate of Arizona (December 31, 2002)

**24.**    Forensic Psychological Report of Frank Anderson, Dr. Cheryl Paradis, PSY.D. (October 3, 2023)

**25.**    Eric Cooper investigation documents

**26.**    John Saccoman File Review Chart

**27.**    Kimberly Lane tape recorded interview by Detective Eric Cooper (August 24, 1996)

**28.**    Complaint, *Griffith v. County of Mohave*, Case No. cv-99-323, Mohave County Superior Court (May 21, 1999)

**29.**    Exhibit 4 – tape recorded interview of Frank Anderson, *State v. Anderson*, Case No. CR-96-865, Mohave County Superior Court (admitted October 4, 2001)

**30.**    Kingman Police Department Report for Eric Cooper (October 26, 1998)

**31.**    Transcript of Voluntariness Hearing, *State v. Lane*, Case No. CR-96-1057, Mohave County Superior Court (March 20, 1998)

32.     Mohave County billing records for *State v. Niklasson,* Case No. CR-96-0503

33.     'Bad mistake' ends in spree in Kingman desert, The Arizona Republic (October 12, 1996)

34.     Supplemental Declaration of Douglas Sutherland (November 28, 2018)

35.     Declaration of John Bailey (July 17, 2010)

36.     Intellectual Assessment Report, James S. Thal, Ph.D. (May 18, 2002)

37.     Motion for change of venue, *State v. Poyson,* Case No. CR-96-865, Mohave County Superior Court (February 17, 1998)

38.     Military personnel records for Frank Anderson, National Personnel Records Center

39.     Frequent Moves of Frank Anderson PowerPoint (September 2023), thumb drive filed manually

40.     Declaration of Thomas N. Thomas, M.D. (August 8, 2014)

41.     Video interviews of Lorie Meeker Langlier and Lillian Hamel, thumb drive filed manually