# EXHIBIT 1

EXHIBIT 1

# DECLARATION OF TWILA HALL

I, Twila Hall, declare as follows:

1. I am sixty-four years old, and I currently live in Cape Coral, Florida. I am one of Frank Anderson's nieces. My mother, Carol June Meeker, is Frank's half-sister and they share the same biological father, Winfield Anderson. Winfield Anderson is my grandfather, but me and my siblings referred to him as Andy. My grandfather and mother are both deceased.

2. I am the daughter of Norman and Carol Meeker and I have ten siblings listed oldest to youngest: Eddie, Aron, Norma, Robert, my twin sister, Kathy, Kenny, Lorie, Carl, Sheryl, and Juanita. Sheryl and Juanita were not Norman's children. They have a different father. Unfortunately, Aron, Robert, Carl, and Juanita have passed away.

3. When I was young, my family and I lived in Lake Elsinore, California. My grandfather, Andy, was a cook/baker for a local Marine base, and he lived in our home's garage. Andy was not a good person, and he sexually abused my siblings and me for years. I was around five years old when the abuse started, and it did not end until I was twelve. The only reason the abuse stopped was because my family moved away. I only discussed the abuse with my sisters, Norma, Lorie, and Kathy. They told me that Andy did sexual things with them too. I never talked to my brothers about it, but I assume Andy molested them as well.

4. My siblings and I were like a playground for Andy. The abuse occurred on a weekly basis, and it seemed like he would rotate us. Since Andy was a baker, he had all his cooking equipment set up in the garage. He would invite us one at a time in the garage to help him prepare food. When he would ask me to help, I remember him fondling my vaginal area and forcing me to touch his penis and put it in my mouth. If I did everything he wanted, he would give me a sweet treat.

5. My sisters and I shared a room, and my brothers shared another room. My sisters and I used to fight over who would get to sleep closest to the bedroom wall, because if you were the closest to the edge of the bed, you had a better chance of getting molested by

1

    Andy during the night. I recall Andy playing around with my sister, Lorie's vaginal area underneath a blanket when we had company over at the house.

6. We moved away from Andy when I was around 12 years old. My sister, Kathy, and I moved back in with Andy for a short time when we were sixteen, because my mom kicked us out of the house since we did not give her the money we made from babysitting. Andy was living with his new wife, Gladys, and her three kids. I do not know for certain if Andy sexual abused Gladys' kids, but knowing him, it is a safe bet to assume he did.

7. The sexual abuse Andy inflicted had negative impacts on most of my siblings' lives. My older brother, Eddie, used to be put together, but he started going downhill as he got older. He has had his issues with drugs, and I have not seen him since our mother's funeral in 2013. At the funeral, Eddie looked awful, and he was more withdrawn. He did not even sit with the family during the memorial service.

8. My brother, Aron started sexually abusing me and my sister, Kathy after we moved away from Andy. Aron was three years older than me and Kathy, so he was around sixteen years old. Aron took the abuse farther than Andy did. Aron forced us to go all the way with penetration. Aron was incarcerated for most of his life. He spent a lot of time in jail and prison. I do not know all his criminal history, but I do recall him being arrested for beating up our mom and stealing her car.

9. Kenny Meeker, also seemed to follow in Andy's footsteps. When my daughter was seven years old, Kenny molested her. Kenny was sent to prison, and he is a registered sex offender in California. My daughter is forty-five years old now and she is still struggling with what happened to her. She continues going to therapy and the experience made her not trust men, especially around her fourteen-year-old daughter.

10. Lorie developed a substance abuse problem and still struggles with it today. I have not seen her since my mom's funeral. I remember Lorie was asked to leave my mom's funeral because she brought a dog to the service.

11. All our lives would have been different if it were not for my grandfather, Andy. I firmly believe he is the main reason for all the difficulties my brothers and sisters have faced.

12. My mother never told me she was molested by Andy. I figured she was because she never did anything to stop the abuse from happening to us. When my sisters and I got

2

older, we told her what Andy had done to us and she still did not do anything. I always believed she was afraid of Andy due to what he probably did to her when she was younger. My sisters, Norma, and Juanita were the only ones to speak at my mother's funeral. We all loved her, but we did not have anything nice to say because of what she let happen to us.

13. I only met my uncle, Frank Anderson, a handful of times before my teenage years. I recall Frank being around the same age or a little older than Aron. I remember Frank being clean and well dressed. He never tried to put his hands on me or any of my other siblings. I never met Frank's mom or his wife. I did not even know Frank was ever married.

14. I do not know much about Andy prior to him living with my family in California. I know my mother was born in Pittsburgh, but I do not know anything about where Andy lived. After witnessing what happened to my brothers, Aron, and Kenny, I believe Andy was sexually molested at a young age and he started imitating the same sexual acts that were done to him. It would not surprise me if Andy molested my mother and Frank frequently during their childhoods.

15. Several years ago, I received a phone call from someone who was representing Frank Anderson. The phone call was brief, because I told them I did not have anything good to say. If they would have met with me in person, I would have been more willing to share my families' history regarding the sexual abuse my grandfather inflicted on me and my siblings. I would have done the same during Frank's first and second trials. I was never contacted by Frank's legal teams, and if they would have contacted me, I would have given them all this information.

16. I met with Mason Roush-Wallace from the Federal Public Defender's Office in person on June 29, 2023. Mr. Roush-Wallace is the only person representing Frank with whom I have shared the information above.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on June 29th, 2023, in Lee County, Florida.

_Twila Hall_
Twila Hall