# EXHIBIT 2

EXHIBIT 2

## DECLARATION OF KATHERINE LANGELIER

I, Katherine Langelier, declare as follows:

1. I am sixty-four years old, and I currently live in Riverside, California. I am one of Frank Anderson's nieces. My mother, Carol June Meeker, is Frank's half-sister and they share the same biological father, Winfield Anderson. Winfield Anderson is my grandfather, and I referred to him as grandpa and Andy. My grandpa and mother are both deceased.
2. I do not remember much about Frank Anderson. I recall only seeing him in person one time when I was a small child. My family and I went to see him participate in a band competition or performance. I think Frank was around fourteen years old and he and the rest of the members of the band were wearing military style uniforms.
3. Frank Anderson's father, my grandpa, lived with me and my family in Lake Elsinore, California when I was in the third grade. This was after my mother separated from my father, Norman Meeker. During this time, I had eight siblings listed oldest to youngest: Eddie, Aron, Norma, Robert, my twin sister, Twila, Kenny, Lorie, and Carl. My brothers Aron, Robert, and Carl are now deceased.
4. Andy lived in the garage of our home, and I remember he worked as a chef at a local restaurant. He would also bake in his spare time as a hobby. He made sweet treats and pastries all the time. Grandfathers are supposed to be loving people, specifically to their grandchildren. I am sure Andy presented himself that way in the public eye, but behind closed doors, he was not a good person.
5. Andy sexually abused me while he lived at our home. He would wait until everyone in the house was asleep and he would come wake me up in the middle of the night and take me to a different room. His favorite thing he forced me to do was to jack him off. He always wanted me to give him blowjobs too, but I refused to do that.
6. The sexual abuse did not occur every day, it just seemed to happen whenever he was horny. I believe I was in a rotation, and he was abusing my siblings as well. My twin sister, Twila and I have had conversations about Andy and the things he forced us to do. From what Twila told me, it sounds like we had similar experiences. I think my mother was also abused by Andy when she was growing up. I remember telling her what Andy was making

1

me do but she acted like she did not want to hear it. It seemed like a normal thing to her. Andy was not the only adult who was inappropriate with me. My mother had men coming and going from our house frequently. These men usually used alcohol or drugs and they would wander into where I was sleeping and start molesting me. Again, my mother did nothing to stop the abuse. She would usually send one of her girlfriends into the room to get the men out.

7. The abuse from Andy stopped when me and my family moved from Lake Elsinore to Palmdale. My mother married Jerry Owens and they had two kids together: Sheryl and Juanita Owens. Juanita passed away about ten years ago.

8. Andy did not move with us to Palmdale. He ended up marrying a woman who was younger than my mom. Her name was Gladys and she already had three young kids of her own. Andy always seemed to go for women who had younger kids.

9. As I mentioned earlier, Twila is the only sibling who has shared similar experiences with me, but I am positive Andy did not pick us and ignore the rest of the kids. I believe they are in denial, because several of my brothers and sisters have had issues with drugs, alcohol, and the court system. The last time I saw all my brothers and sisters was at Juanita's funeral. Twila is the only one I consistently talk to, but it has not always been that way. I also talk to Kenny every now and then.

10. My older brother Aron started sexually abusing me when we moved to Palmdale. He was around fourteen years old, and he would force me to do the same things Andy made me do. This happened for a couple of years until he was sixteen, and I remember the last time it occurred. Aron invited me into my mom and Jerry's room while they were at work. He tried to get me to touch him, but I was fed up with it, so I hit him hard on his face and I ran out of the room. I told my other siblings what he was doing, and they started teasing and making fun of him. Aron denied everything. Aron ended up spending most of his life in and out of jail. My other brother, Carl also spent most of his life incarcerated.

11. My sister Lorie has struggled with addiction throughout her life, and she seemed to follow in my mom's footsteps with the men she associates with. These men abuse drugs and alcohol, and they are not good people to be around. I am not sure if Lorie is even still alive.

12. I met with Mason Roush-Wallace from the Federal Public Defender's office on July 11th, 2023. Prior to my meeting with Mr. Roush-Wallace, I was interviewed by two men who

were representing Frank Anderson about nine years ago. These men came to my house, and I told them the same things I shared with Mr. Roush-Wallace.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on July 27th, 2023, in Riverside County, California.

*Katherine Langelier*
Katherine Langelier