# EXHIBIT 3
# 1 of 6

# EXHIBIT 3
# 1 of 6



# ARIZONA DEPARTMENT OF CORRECTIONS

## Eyeglass Agreement of Responsibility

I have received one pair of eyeglasses. I agree to be responsible for the care and maintenance of my eyeglasses.

I will be eligible for replacement of my eyeglasses, by the Medical Department, EVERY TWO (2) YEARS.

If they are lost, stolen, or broken before two years, I will be financially responsible for the replacement of my eyeglasses.

He recibido un par de anteojos. Estoy de acuerdo en ser responsable por el cuidado y mantenimiento de mis lentes.

Si están perdidos, robados o rotos antes de dos años, seré financieramente responsable por el reemplazo de mis anteojos.

| INMATE SIGNATURE/FIRMA | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|
| *Frank Anderson* | *5 June 18* |
| WITNESS NAME *(Last, First M.I.) (Print/Name Stamp Required)* | |
| SIGNATURE | DATE *(mm/dd/yyyy)* |

C45

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| *Anderson, Frank* | *136521* |
| DATE OF BIRTH *(mm/dd/yyyy)* | INSTITUTION/UNIT |
| *4/4/1948* | *Browning* |

**CUSTOMER: ASPC EYMAN**

## JOB: 136521 | Date: 2018/05/21 09:32:06

| PRESCRIPTION DATA | | | | | CENTERING DATA | | | | LENS DATA | FITTING DATA |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sphere | Cylinder | Axis | Add | IPD | OCHT | NPD | NH | **Vision:** Bifocal | **Frame:** Plastic |
| R | +1.00 | -.25 | 90 | 2.50 | 32.0 | 12.0 | | 12.0 | **Material:** Plastic | **Bevel:** Automatic |
| L | +.75 | | | 2.50 | 32.0 | 12.0 | | 12.0 | | **Polish** : No |
| | | | | | | | | | | **Safety Bevel** - |

**SHAPE DATA**



H:50.74 V:34.36 Dmin:59          **DBL**
19.00          H:50.74 V:34.36 Dmin:59

**SHAPE MODIFICATION**   Nasal: 0.0 Temporal: 0.0 Top: 0.0 Bottom: 0.0

**Comments:** Frank Anderson / EM



136521



**DR. EDWARD BERGER**
2 Middlesex Road
East Greenbush, NY 12061
518-479-4722
Cell 518-225-3300

**DR. MARK R. MAXON**
Lake Placid, NY 12946
518-523-3535
Fax 518-523-3737

# 136521

## EYE GLASS ORDER FORM

1. Name: Anderson, Frank -    Date: 5/6/18

Facility Location: ASPC-EYMAN/BROWNING UNIT

2.

| | SPHERE | CYL. | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| DISTANCE R | +1.00 | -0.25 | 90 | | | |
| DISTANCE L | +0.75 | — | | | | |

| | ADD | SEG. HEIGHT | SEG. WIDTH | SEG. INSET | TOTAL INSET |
|---|---|---|---|---|---|
| NEAR R | +2.5 | 12 | 28 | | |
| NEAR L | +2.50 | 12 | 28 | | |

| PD | DIST | NEAR |
|---|---|---|
| | 67 | 64 |

**FAX FORM INSTRUCTIONS**

1. Enter Name & Full Facility Name
2. Copy Rx Info
   a. Sphere, Cyl & Axis
   b. Include +/-
   c. Near Power if Bifocal (Add)
3. Enter Frame Info
   a. Style
   b. Size
   c. Color
4. Enter any Options
   Tint, Hardcoat
   Upgrade Lens Material
5. Enter Facility Name & Address

**FAX:**
**518-523-3737**

3.

| FRAME INFORMATION | | |
|---|---|---|
| STYLE | SIZE 52 | COLOR |

4.

| LENS INFORMATION | | | |
|---|---|---|---|
| PLASTIC | POLY | PGX | HI IND |

HARDCOAT:    YES    NO

COLORS

ROSE ___ %       PGX
GREEN ___ %
GRAY ___ %       TRANSITIONS
BROWN ___ %
SOLID-GRADIENT        U.V.

1. Please include Clinic Log Sheet with Eyeglass Order Form.

2. Please Do NOT fax Medical Eye Records.

**NOTES/COMMENTS:**

5. Facility Name: _____

Address: _____

3

ARIZONA DEPARTMENT OF CORRECTIONS
Optometry Patient

| Date | Age | Reason for Visit | Have you ever worn glasses? |
|---|---|---|---|
| 5/4/18 | 70 | Annual Diabetic Check | ☐ Yes ☐ No |

| When? | How Long? | Have you ever had an allergy? ☐ Yes ☐ No | Do you get headaches, eyes water or blur? ☐ Yes ☐ No |
|---|---|---|---|

| Specify | IDDM - 5 yrs. | Do you see spots, halos, flashing lights, vision loss? ☐ Yes ☐ No |
|---|---|---|

| Specify | | Have you ever had an eye injury? ☐ Yes ☐ No | Surgery to eyes? ☐ Yes ☐ No |
|---|---|---|---|

| Eye Turn ☐ Yes ☐ No | Do you or a family member now have or ever had glaucoma, diabetes, cataracts, high blood pressure, heart condition, thyroid problem? ☐ Yes ☐ No |
|---|---|

| Specify | L. EE - 2 yrs | What medications if any are you taking? |
|---|---|---|

| What medications are you allergic to? | Additional Information |
|---|---|

**CRN Signature**

| OLD RX | SPHERE | CYLINDER | AXIS | ADD | BC | PD | ACUITY |
|---|---|---|---|---|---|---|---|
| R | +0.75 | +0.25 | 120 | +3.50 | | | |
| X | +0.75 | | | +3.50 | | | |

| 4 | OD | | | | |
|---|---|---|---|---|---|
| | OS | | | | |
| 7 | OD | +1.00 -0.25 × 90 | 20/10/15 | | |
| | OS | +0.75 — | 20/10/20 | | |
| 8 | +3.50 ou | 12 | | | |

DEDUCTIONS

| NEAR TESTS THRU | 1st 20/ |
|---|---|
| 13B | GRADIENT | / |
| 12B | DUCTIONS | . |
| 14B | | 15B | |
| | | 21 | NRA |

RANGE Thru — Hypermetropia + presbyopia ou

Additional Tests:
① No Diabetic
③ Early Retinopathy
Cataracts ou
① Near ② Annual
④ Deferred
Eval.

Provider's Signature/Stamp/Date

| Visual Activity: (Without glasses) | Distance R L Near R L |
|---|---|
| PUPILS | PERRLA |
| EOM | NORMAL |
| C.T. | PR PP |
| PD | NPC cm |

C/D 0.5 × 0.4?
MARGIN
DEPTH 0.60
A/V
BG
MACULA
FR
MEDIA 8:31 Am

| TONOMETRY: | TIME | OD 18 | OS 18 |
|---|---|---|---|

| WNL | ADNEXA | WNL |
|---|---|---|
| | SCLERA | |
| | CORNEA | |
| | IRIS | |
| Small | PSC LENS | control cats ou |
| | ANGLE | |

| FINAL RX | OD | +1.00 -0.25 × 90 | PRISM | BD |
|---|---|---|---|---|
| | OS | +0.75 sph. | | |
| | ADD | +2.50 ou | PD 67 64 |

| Inmate Name (Last, First M.I.) | ADC Num. |
|---|---|
| Anderson, Frank | 136521 |
| Date of Birth 4/4/1948 | ASPC-EYMAN/BROWNING UNIT |

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Optometry Patient**

| Date 08/07/2016 | Age | Reason for Visit PSC (+)Pm mild cats,ou | Have you ever worn glasses? ☐ Yes ☐ No |
|---|---|---|---|
| When? | How Long? | Have you ever had an allergy? ☐ Yes ☐ No | Do you get headaches, eyes water or blur? ☐ Yes ☐ No |
| Specify | | Do you see spots, halos, flashing lights, vision loss? ☐ Yes ☐ No | |
| Specify | | Have you ever had an eye injury? ☐ Yes ☐ No | Surgery to eyes? ☐ Yes ☐ No |
| Eye Turn ☐ Yes ☐ No | Do you or a family member now have or ever had glaucoma, diabetes, cataracts, high blood pressure, heart condition, thyroid problem? ☐ Yes ☐ No | | |
| Specify | | What medications if any are you taking? | |
| What medications are you allergic to? | | Additional Information LEE 10/25/15 (-)OR,OU | |

CRN Signature

RECEIVED 1.25.16

| O L D | SPHERE | CYLINDER | AXIS | ADD | BC | PD | ACUITY |
|---|---|---|---|---|---|---|---|
| R X | | | | | | | |
| 4 | OD | | | | | | |
| | OS | | | | | | |
| 7 | OD | | | 20/ | | | |
| | OS | | | 20/ | | | |
| 8 | | | 12 | | | | |
| DEDUCTIONS | | | | | | | |
| NEAR TESTS THRU | | | | 1st 20/ | | | |
| 13B | | GRADIENT | | / | | | |
| 12B | | DUCTIONS | | | | | |
| 14B | | | 15B | | | | |
| | | | 21 | NRA | | | |
| RANGE Thru | | | D | TO | | | |

| Visual Activity: (Without glasses) | Distance R L Near R L |
|---|---|
| PUPILS | PERRLA |
| EOM | NORMAL |
| C.T. | PR PP |
| PD | NPC cm |

LAST C:D 0.55×0.5
0.60×0.55

C/D
MARGIN
DEPTH
A/V
BG
MACULA
FR
MEDIA

CIUP 18/18

| TONOMETRY: | TIME____ OD____ OS____ |
|---|---|

WNL         ADNEXA        WNL.
SCLERA
CORNEA
IRIS
LENS
ANGLE

| F I N A L R X | OD | | PRISM BD |
|---|---|---|---|
| | OS | | |
| | ADD | | PD / |

**Additional Tests**

\# PT STATES HE WAS SEEN ONE
MONTH AGO by THE OPTOMETRIST
and HAS his eyes dilated.

UNDILATED Fundoscope EXAMINATION
REVEALED NO diabetic retinopathy
IN THE posterior pole

**Provider's Signature/Stamp**

8-8-16

| Inmate Name (Last, First M.I.) Anderson, Frank | ADC Number 136521 |
|---|---|
| Date of Birth | Institution/Facility Browning |

7/13/2016 11:45 AM

Location Code: 1
Invoice No.0000136521

Store Tray: ASPC EYMAN BROWN Order Date: 07/13/2016
Patient Name: Anderson, Frank

Tray #:    044109
Customer Account No.:
Promise Date:
User ID: 02 National Eye Care

Make: Pair
Lens Color: Clear/White
Frame Item: GEO 50 T

Lens Type: Flat-top 28 Bifocal
Edge Type:

Lens Material: Plastic (CR-39®) 1.498

Polish Edges: No    Pin Bevel:    No

| | Sphere | Cylinder | Axis | Far PD | Near PD | OC Ht | Prism In | Prism Up | Base | Seg Ht | Add Power |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | +0.75 | -0.25 | 130 | 33.5 | 32.0 | | | | | | |
| L | +0.75 | | | 33.5 | 32.0 | | | | | 12.50 | 3.25 |
| | | | | | | | | | | 13.00 | 3.25 |

Pattern No.:    000010    A:    52.09 B:    40.27 ED:    54.76 ED Axis:    21.80° Circ(R):    150.13 Circ(L):    150.37 DBL:    17.90



Right

Left

Job Options:

Comments:

Grant Ander......
8/5/16

+++

+++

RECEIVED
8-8-16

ARIZONA DEPT... 
**Optometry Patient**

| Date 10/25/2015 | Age | Reason for Visit — annual D.M. Eval. | | Have you ever worn glasses? ☑ Yes ☐ No |
|---|---|---|---|---|
| When? | How Long? | Have you ever had an allergy? ☐ Yes ☐ No | Do you get headaches, eyes water or blur? ☑ Yes ☐ No | |

**Specify** O.S Floaters- recent onset

Do you see spots, halos, flashing lights, vision loss? ☑ Yes ☐ No

**Specify** Early cataracts (2 mos.)

Have you ever had an eye injury? ☐ Yes ☑ No    Surgery to eyes? ☐ Yes ☑ No

**Eye Tum** ☐ Yes ☑ No    Do you or a family member now have or ever had glaucoma, diabetes, cataracts, high blood pressure, heart condition, thyroid problem? ☐ Yes ☐ No

**Specify** I.D.D.M - 3-4 yrs. Insulin 1 yr. HbA1c = 7.3.

What medications if any are you taking?

What medications are you allergic to?    Additional Information

**CRN Signature**

10/15 20/30 LH

| O L D | SPHERE | CYLINDER | AXIS | ADD | BC | PD | ACUITY |
|---|---|---|---|---|---|---|---|
| R X | | | | | | | |
| 4 OD | | | | | | | |
| OS | | | | | | | |
| 7 OD | | | | 20/ | | | |
| OS | | | | 20/ | | | |
| 8 | | 12 | | | | | |
| DEDUCTIONS | | | | | | | |
| NEAR TESTS THRU | | | 1st 20/ | | | | |
| 13B | GRADIENT | | | / | | | |
| 12B | DUCTIONS | | | | | | |
| 14B | | | 15B | | | | |
| | | | 21 | NRA | | | |
| RANGE Thru | | | D | TO | | | |

Visual Activity: (Without glasses)    Distance    R    L    Near    R 10/20    10/30 10/20

PUPILS    PERRLA

EOM    NORMAL

C.T.    PR    PP

PD    NPC    cm

0.55×0.5    C/D    0.6 × 0.55
MARGIN
DEPTH
A/V
BG
MACULA
FR
MEDIA

TONOMETRY:    TIME AM OD 18 OS 18

WNL    ADNEXA    WNL
SCLERA
CORNEA
IRIS
LENS
ANGLE

**Additional Tests** Imp ① No Diabetic Retinopathy or ② Early cataracts

Disp ① Annual Eval

| F I N A L R X | OD | | PRISM BD |
|---|---|---|---|
| | OS | | |
| | ADD | | PD / |

RECEIVED 10:29:15

**Provider's Signature/Stamp** JR. Taddonio

SCANNED    10/21/15

Inmate Name (Last, First M.I.) Anderson, Frank
ADC Number 136521
Date of Birth 04/09/1948
Institution/Facility Eyman/Browning

1101|30P
12/0/01

Distribution - White - Provider, Canary - Inmate Medical File, Pink - Examining

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: 8 JUN 28 2:36
Time:
Initials:

| Inmate Name/Nombre *(Last, First M.I.)* (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON FRANK W. | | 136521 | 27 JUN 18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 G 45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria *(Use este formulario para describir un problema a la vez)!*]

**AREA OF INTEREST***(Check only one block below)/***AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/*Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

ABOUT THREE DAY AGO I GOT CAUGHT IN ONE OF THE
ELEC DOORS. MY LEFT THUMB HAS STARTING HURTING
SUPER BAD.

THANK YOO

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____

Comments/Comentarios

NL

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| John Placencio, LPN | 6/28/18 | 0000 |

**PLAN OF ACTION/PLAN DE ACCION**

No referral - X-rays ordered

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Barbara Floyd, R. | 6/28/18 | 1315 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

8

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

RECEIVED JUN 25 2018

Date:

Time: JUN 14 21:27
Initials:

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W. | | 136521 | 14 JUN 18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 G 45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION/SECCION II

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)    Medical/Médica ☐  Dental ☐  FHA ☐
Pharmacy/Farmacia ☐   Mental Health/Salud Mental ☐   Eyes/Ojos ☐  Other (specify)/Otros (especifique) ☒ CNA MASSMAN
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

REQUEST A NEW WHEELCHAIR BECAUSE OF BEND WHEEL

DUE TO BE CAUGHT IN DOORS

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
Mental Health/Salud Mental ☐  Eyes/Ojos ☐  Other/Otros (specify) (especifique) _____

Comments/Comentarios

C N A

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| ✓  Jose Vallejo, LPN | 6/14/18 | 2127 |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

Wheelchair ordered. will deliver when arrives @ HU

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Massman, NA | 6/21/18 | 1615 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

9

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

RECEIVED MAY 1 4 2018

Date: MAY 10 22:06
Time:
Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON    FRANK    W. | 136521 | 10 MAY 18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 G 45 | BROWNING | 3400 | EYMAN |

**SECTION/SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)  ☒ Medical/Médica   Dental   FHA   Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED TO GET TOE NAILS CUT BY DOCTOR DUE
TO MY BEING DIABETIC (ON GOING NO CHARGE)

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be ~~charged a Health~~ Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    *Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   Medical/Médica   Dental   Pharmacy/Farmacia   FHA   Mental Health/Salud Mental   Eyes/Ojos   Other/Otros (specify) (especifique) _____
Comments/Comentarios

Nurse line . Chart Review

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Jose Vallejo, LPN | 5/10/18 | 7706 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Referred to HCP

| Staff Signature Stamp/Firma del empleado Barbara Floyd, RN | Date/Fecha | Time/Hora |
|---|---|---|
| Floyd RN | 5/11/18 | 0648 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

10

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date:
Time:
Initials: **'18 FEB 27 22:21**

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON  FRANK  W. | 136521 | 27 FEB 18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 G 45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE). ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED REFILL OF "ALVESCO"

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

PHORM / REFILL

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Craig Nash, LPN | | '18 FEB 27 22:21 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

REFILL ORDERED

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Craig Nash, LPN | | '18 FEB 27 22:22 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

11

1101-10ES
12/10/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: JUN 25 — 10:06
Time:
Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON, FRANK W. | 136521 | 25 JAN 18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 G 45 | BROWNING- | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal de esta asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) **X** Medical/Médica   Dental   FHA
Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

REQUEST TO SEE DOCTOR TO RENEW SNO FOR

1. WIDE BRIMMED HAT

2. STOCKING CAP

3. BED WEDGE

4. SUNGLASSES

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   Medical/Médica   Dental   Pharmacy/Farmacia   FHA
Mental Health/Salud Mental   Eyes/Ojos   Other/Otros (specify) (especifique) _____
Comments/Comentarios

No see line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Jose Vallejo, LPN | 1/26/18 | 10:06 |

PLAN OF ACTION/PLAN DE ACCION

See

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| L. Vergara, RN | 1/27/18 | 0700 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisoner

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

12

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON FRANK W. | | 136521 | 21 JAN 18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 G 45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED TO RENEW SNO FOR THE FOLLOWING:

1. DIABETIC SHOES      6. EXTAR BLANKET

2. SIDE RESTRAINTS      7. EXTRA PILLOW

3. ADULT PULL UP DIAPERS (3 PER DAY)      8. LOWER TIER - BUNK

4. EXTAR ROLL OF TOILET PAPER      9. ADA SHWR

5. URINAL      EXPOSURE TO DIRECT
     10. SUNLIGHT ONLY WITH HAT
     SUNSCREEN LONG SLEEVE SHIRT ECT.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

N/L

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Craig Nash, LPN | 1/24/18 | 0015 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

SNO Renewed For # 1,2,3,4,5,6,7,8,9 per doctor

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| J. Jeffrey, R? | 1-24-18 | 1000 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

13

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time:
Initials:

## SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON, FRANK W. | | 136521 | 21 JAN 18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 G 45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

## SECTION/SECCION II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED TO RENEW SNOW FOR THE FOLLOW:

1. WIDE BRIMMED HAT          6. WHEELCHAIR CUSHION

2. STOCKING CAP              7. WHEELCHAIR

3. LONG SLEEVED SHIRT        8. BED WEDGE

4. TED HOSE                  9. SHOWER CHAIR

5. SHAVING WEVER             10. FOOT BASIN

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

N/L

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| _____ LPL    Craig Nash, LPN | 1/24/18 | 0015 |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

SNO Renewed for # 3, 4, 6, 7, 9, 10 per Doctor

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| _____    J. Jeffrey, RN | 1-24-18 | 1000 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

14

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

RECEIVED DEC 04 2017

Date:
Time: DEC 1 '17 10:02
Initials:

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W. | | 136521 | 1 DEC 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 G 45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*    Medical/Médica ☑   Dental   FHA   Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

WOULD LIKE TO ~~FIND OUT~~ FIND OUT ABOUT MY HERNIA SURGERY.
IT SEEMS TO BE GETTING MUCH WORST.

THANK YOU - GOD BLESS
&
MERRY CHRISTMAS

I understand that, per ARS 31-201.01, I will be charged a \$4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de \$4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   Medical/Médica   Dental   Pharmacy/Farmacia   FHA   Mental Health/Salud Mental   Eyes/Ojos   Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

NURSE & NART REVIEW

| Staff Signature Stamp/Firma del empleado Jose Vallejo, LPN | Date/Fecha | Time/Hora |
|---|---|---|
| ν | 12/01/17 | 1002 pm |

**PLAN OF ACTION/PLAN DE ACCION**

Pending Approval

| Staff Signature Stamp/Firma del empleado Jose Vallejo, LPN | Date/Fecha | Time/Hora |
|---|---|---|
| ην | 12/01/17 | 1002 pm |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

15

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

RECEIVED NOV 21 2017

Date: 11/19/17
Time: 0740
Initials: ML

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON, FRANK W. | | 136521 | 19 NOV 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 G 45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒Medical/Médica    Dental    FHA
Pharmacy/Farmacia    Mental Health/Salud Mental    Eyes/Ojos    Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

PAIN ON AND OFF IN CHEST RIGHT ABOVE HEART

STARTED ABOUT 9:30 PM LAST NIGHT.

THANK YOU - GOD BLESS
AND
HAPPY THANKSGIVING

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    Medical/Médica    Dental    Pharmacy/Farmacia    FHA
Mental Health/Salud Mental    Eyes/Ojos    Other/Otros (specify) (especifique) _____
Comments/Comentarios

ML

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| David Rodriguez, RN | 11/19/17 | 0740 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION
Seen on NL. Refer to provider.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| David Rodriguez, RN | 11/19/17 | 0740 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

16

1101-10ES
12/10/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: OCT 28 AM 1:24
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON, FRANK W. | | 136521 | 27 OCT 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3G45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)    Medical/Médica    Dental    FHA
Pharmacy/Farmacia    Mental Health/Salud Mental    Eyes/Ojos ☒ Other (specify)/Otros (especifique) CNA
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

PLEASE ORDER 4 PACKS OF

Mᶜ KESSON UNDERWARE /ULTRA LARGE

FOR MONTH OF NOV 2017

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    Medical/Médica    Dental    Pharmacy/Farmacia    FHA
Mental Health/Salud Mental    Eyes/Ojos    Other/Otros (specify) (especifique) _____
Comments/Comentarios

CNA / SUPPLIES

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Craig Nash, LPN | 10/28/17 | 0005 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Will order

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Corliss, NA | 10/31/17 | 0945 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

17

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

RECEIVED SEP 0 1 2017

Date:
Time:
Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON    FRANK    W. | | 136521 | 29 AUG 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 B 45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

AREA OF INTEREST(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)    Medical/Médica    Dental    FHA
Pharmacy/Farmacia    Mental Health/Salud Mental    Eyes/Ojos  ☒ Other (specify)/Otros (especifique) _CMA_
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

PLEASE ORDER 4 PKS OF LARGE

M^c KESSON UNDERWEAR / ULTRA FOR SEPT 17

ALSO

2 PKS NICE 'N CLEAN BABY WIPES FOR SEPT 17

THANK YOU
AND
GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    Medical/Médica    Dental    Pharmacy/Farmacia    FHA
Mental Health/Salud Mental    Eyes/Ojos    Other/Otros (specify) (especifique) _____
Comments/Comentarios

ONE SUPPLIES

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| (signature) C. Nash, LPN | 8 30 17 | 0005 |

PLAN OF ACTION/PLAN DE ACCION

Will reorder

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| (signature) Corliss, NA | 8 31 17 | 1047 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

18

1101-10ES
12/10/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

RECEIVED AUG 14 2017

Date:
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W | | 136521 | 25 JUL 17 |
| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| 3 G 45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*    ☐ Medical/Médica    ☐ Dental    ☐ FHA
☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!]

NEED A REPLACEMENT DALE ABDOMINAL BINDER

H8410 411, 3 PANEL.

IF AT ALL POSSIBLE COULD I GET A

H8410 811, 4 PANEL IN ITS PLACE

THANK YOU
AND
GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a \$4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de \$4.00 por la cita que aquí estoy pidiendo *(excluyendo las exeniones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    ☐ Medical/Médica    ☐ Dental    ☐ Pharmacy/Farmacia    ☐ FHA
☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

CNA FOR MEDICAL EQUIPMENT.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Nash, LPN | 7/26/17 | 0005 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Will look into this

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| V. Corliss, NA | 8/9/17 | 1350 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

19

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

RECEIVED AUG 0 7 2017

Date:
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON  FRANK  W | 136521 | 3 AUG 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 G 45 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

THE DIABETIC ULCER ON MY LEFT LEG IS STARTING
TO BLISTER UP AGAIN.

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
_Frank Anderson_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

NL                    Nurse Line.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| D. Nodar, RN | 8/4/17 | 0010 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Seen on Nurse Line.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Carolyne Adero, RN | 8/4/17 | 0747 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

20

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

, RECEIVED JUL 0 6 2017

Date:
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON   FRANK  W. | 136521 | 28 JUN 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*    Medical/Médica    Dental    FHA    Pharmacy/Farmacia    Mental Health/Salud Mental    Eyes/Ojos ✕ Other *(specify)*/Otros *(especifique)* SUPPLY

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

PLEASE ~~PRINT~~ SEND ME FOUR PACKS OF

M^c KIESSON

LARGE UNDERWEAR/ULTRA

FOR MONTH OF JULY 2017

THANK YOU !
GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a \$4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de \$4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    Medical/Médica    Dental    Pharmacy/Farmacia    FHA    Mental Health/Salud Mental    Eyes/Ojos    Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

CNA / SUPPLIES

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Nash, LPN | 6/29/17 | 0005 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Will order

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| V. Corliss, NA | 6/29/17 | 0917 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

21

1101-10ES
12/19/12

**Health Needs Request (HNR)**

Date:
Time:
Initials: MAY 24 7:53

## SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON  FRANK  W. | 136521 | 22 MAY 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3H5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

## SECTION/SECCION II

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*  Medical/Médica ☐  Dental ☐  FHA ☐
Pharmacy/Farmacia ☐  Mental Health/Salud Mental ☐  Eyes/Ojos ☐  Other *(specify)*/Otros *(especifique)* ☒ SUPPLY
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

PLEASE SEND ME FOUR (4) PACKAGES OF LARGE McKESSON

UNDERWARR ULTRA FOR THE MONTH OF JUNE

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  Medical/Médica ☐  Dental ☐  Pharmacy/Farmacia ☐  FHA ☐
Mental Health/Salud Mental ☐  Eyes/Ojos ☐  Other/Otros *(specify)* (especifique) _____

Comments/Comentarios

CNA

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *Johnson*  M. Johnson, CCHP  Facility Health Administra... | 5/24/17 | 0600 |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION  Delivered 5/24/17

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *Johnson*  M. Johnson, CCHP  Facility Health Administrator | 5/24/17 | 0648 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

22

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time:
Initials:

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W. | | 136521 | 7 MAY 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION/SECCION II

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED A SNO FOR MY WALKER

RECEIVED
5-11-17

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

Request to HCP

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Gowey, RN      Cgoweyrn | 5/8/17 | 0156 |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

DME

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| M. Gay, NP | 05 10 17 | 16:00 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W. | | 136521 | 22 APR 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3H5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podria retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)    Medical/Médica ☐  Dental ☐  FHA ☐
Pharmacy/Farmacia ☐    Mental Health/Salud Mental ☐    Eyes/Ojos ☐    Other (specify)/Otros (especifique) SUPPLY ☒
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

PLEASE SEND 4 PACKS OF: FOR MONTH OF MAY

Mᶜ KESSON ULTRA UNDERWEAR

SIZE: LARGE

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    Medical/Médica ☐  Dental ☐  Pharmacy/Farmacia ☐  FHA ☐
Mental Health/Salud Mental ☐    Eyes/Ojos ☒    Other/Otros (specify) (especifique) _____

Comments/Comentarios

Scanned to Warehouse

RECEIVED
4-24-17

| Staff Signature-Stamp/Firma del empleado    J. Jeffrey, RN | Date/Fecha  4-22-17 | Time/Hora  1700 |
|---|---|---|

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

will be delivered when arrives

| Staff Signature-Stamp/Firma del empleado    J. Jeffrey, RN | Date/Fecha  4-22-17 | Time/Hora  1700 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión politica de este estado.]

24

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

RECEIVED
43.17KD

Date: FEB 14 2017 1:53
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W. | | 136521 | 13 FEB 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION/SECCION II**

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica   Dental   FHA
Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I WAS ISSUED A ORANGE JACKET ON 9 FEB BECAUSE OF MY
AGE AND BREATHING PROBLEMS WHEN ITS COLD IN THA
SNO
CELL AND WAS TOLD TO REQUEST A ~~SLIP~~ TO WEAR IT
OUTSIDE

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica   Dental   Pharmacy/Farmacia   FHA
Mental Health/Salud Mental   Eyes/Ojos   Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

do you still need this?

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| cgowuyen | 2/14/17 | 0155 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

do you still need this?

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| cgowuyen | 2/14/17 | 0155 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

25

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: 3/24/17
Time: 1945
Initials:

**SECTION/SECCION I**

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
ANDERSON, FRANK W.

ADC Number/Número de ADC
13652 1

Cell/Bed Number/Celda/Número de Cama
3 H 5

Unit/Unidad
BROWNING

Date/Fecha
23 MAR

P.O. Box/Apartado Postal
3400

Institution/Facility/Instalación: ASPC
EYMAN

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*

Pharmacy/Farmacia    Mental Health/Salud Mental    Eyes/Ojos    Other *(specify)*/Otros *(especifique)* _____    Medical/Médica    Dental    FHA

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

4 PACKAGE (ONE MONTH SUPPLY)

McKESSON

PULL-UP UNDERWEAR    SIZE: LARGE

RECEIVED
3-29-17

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    Medical/Médica    Dental    Pharmacy/Farmacia    FHA
Mental Health/Salud Mental    Eyes/Ojos    Other/Otros *(specify) (especifique)*

Comments/Comentarios

CNA SUPPLIES    (REQUEST SHARE SCANNED TO MORROW)

Staff Signature Stamp/Firma del empleado

Date/Fecha
3/24/17

Time/Hora
1945

**PLAN OF ACTION/PLAN DE ACCION**

Scanned to warehouse will deliver when arrives

Staff Signature Stamp/Firma del empleado
J. Jeffrey, RN

Date/Fecha
3/29/17

Time/Hora
0600

*Distribution:* White/Blanca -Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

26

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON    FRANK   W | 136521 | 24 FEB 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podria retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria *(Use este formulario para describir un problema a la vez)*]

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

MY LEFT LEG FROM THE KNEE DOWN FEELS LIKE ITS

ALSEEP ALL THE TIME AND STARTING TO BREAK OUT

AGAIN WITH DIABETIC ULCER'S.

THANK YOU

AND

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado C. Shaw, RN | Date/Fecha 2/24/17 | Time/Hora 1200 |
|---|---|---|

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Provider Gay ordered daily wound care - IM added to txt line daily

| Staff Signature Stamp/Firma del empleado C. Shaw, RN | Date/Fecha 2/24/17 | Time/Hora 1200 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión politica de este estado.]

27

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date:
Time:
Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON FRANK W | | 136521 | 22 FEB 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

**SECTION/SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal de la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica    Dental    FHA
Pharmacy/Farmacia    Mental Health/Salud Mental    Eyes/Ojos    Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

WOULD LIKE TO GET RESULTS OF BLOOD WORK ON
9 FEB 17 AND ALSO RESULTS OF CHEST X-RAY

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | Medical/Médica | Dental | Pharmacy/Farmacia | FHA |
|---|---|---|---|---|
| Mental Health/Salud Mental    Eyes/Ojos    Other/Otros (specify) (especifique) _____ | | | | |

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Lab results not in. Xray Shows changes normal for someone w/ COPD and asthma.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *Shaw* C. Shaw, RN | 2/23/16 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

28

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time:
Initials:

SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON FRANK W. | 136521 | 9 JAN 17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H S | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de ese cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

---

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☒ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

SECTION/SECCION II

NEED ALVESCO REFILL

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☒ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

*refill Ordered*

| Staff Signature Stamp/Firma del empleado C. Gowey, RN  cg | Date/Fecha 1/10/17 | Time/Hora 2340 |
|---|---|---|

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

*refill Ordered*

| Staff Signature Stamp/Firma del empleado. C. Gowey, RN  cg | Date/Fecha 1/10/17 | Time/Hora 2340 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud  Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisoner

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

29

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

RECEIVED
12.19.11

Date:
Time:
Initials: C 18 PM 10:53

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON FRANK W | | 136521 | 18 DEC 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

**SECTION/SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

AREA OF INTEREST*(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

**SECTION/SECCION II**

FOLLOW UP ON HERNIA SURGERY WOULD LIKE TO GET
A UP-DATE BECAUSE THE PAIN IN THE GROWING IS GETTING-
MUCH WORST.

MERRY CHRISTMAS
AND
GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

scheduled for nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Gowey, RN | 12/18/16 | 2354 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

nurse line

| Staff Signature Stamp/Firma del empleado C. Gowey, RN | Date/Fecha | Time/Hora |
|---|---|---|
| | 12/18/16 | 2354 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

30

ARIZONA DEPARTMENT OF CORRECTIONS

RECEIVED

Health Needs Request (HNR)

Date:
Time: DEC 18 AM 10:5
Initials:

| SECTION/SECCION I | | | | |
|---|---|---|---|---|
| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) ANDERSON FRANK W. | | ADC Number/Número de ADC 136521 | | Date/Fecha 18 DEC 16 |
| Cell/Bed Number/Celda/Número de Cama 3 H 5 | Unit/Unidad BROWNING | P.O. Box/Apartado Postal 3400 | Institution/Facility/Instalación: ASPC EYMAN | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]

SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED NEW ORDER FOR BREATHING TREATMENT

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero
Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

nurse message to provider

| Staff Signature Stamp/Firma del empleado C. Gowey, RN    Cg | Date/Fecha 12/18/16 | Time/Hora 2351 |
|---|---|---|

SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

nurse chart review

| Staff Signature Stamp/Firma del empleado C. Gowey, RN    Cg | Date/Fecha 12/18/16 | Time/Hora 2351 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

31

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

RECEIVED

Date: 17:45
Time:
Initials: Cau

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W. | | 136521 | 18 DEC 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3H5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*  Medical/Médica ☐ Dental ☐ FHA ☐
☒ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED REFILL ALVESCO INHALER

MERRY CHRISTMAS
&
GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

Referred to Rx

Ortiz, RN

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 12/15/16 | 1739 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Ordered  12/15/16

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Ortiz, RN | 12/15/16 | 1739 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

32

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time: NOV 11 PM 9:1
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W. | | 136521 | 10 Nov 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 HS | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*  ☐ Medical/Médica  ☐ Dental  ☐ FHA
X Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED RAFILL

CICLESONIDE INHALER

RECEIVED
11-14-16

THANK YOU
,
;
GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios

PHARMACY  RESPONSE

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Nash, LPN | 11/11/16 | 2110 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION   REFILLED, ISSUED UPON ARRIVAL

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Nash, LPN | 11/11/16 | 2110 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

33

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: NOV 11 PM 8:10
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W. | | 136521 | 10 NOV 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | LYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*   Medical/Médica ☐   Dental ☐   FHA ☐
Pharmacy/Farmacia ☐   Mental Health/Salud Mental ☐   Eyes/Ojos ☒   Other *(specify)*/Otros *(especifique)* CNA/SUPPLIES
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]*

NEED PACKAGE OF LARGE UNDERPANTS

3 TRASH CAN SIZE R&D BACKS

RECEIVED
11-14-16 JR

THANK YOU
;
GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]*

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐   Medical/Médica ☐   Dental ☐   Pharmacy/Farmacia ☐   FHA ☐
Mental Health/Salud Mental ☐   Eyes/Ojos ☐   Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

NURSE / SUPPLIES Refill

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Nash, LPN | 11/11/16 | 2110 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

DELIVERY @ NEXT MED PASS

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Nash, LPN | 11/11/16 | 2110 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. *[Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]*

34

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON FRANK W. | 136521 | 23 OCT 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3H5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria *(Use este formulario para describir un problema a la vez!)*]

**SECTION/SECCION II**

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*   ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)*/Otros *(especifique)* MRS JOHNSON
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

IM STILL DUE REFUNDS FOR THE FOLLOWING

11 JAN 16 DOCTORS LINE (CALLED BY DR. CRITICAL CARE)

2 MAY 16 ON GOING PROBLEM WITH LEFT TESTIS

26 JUN 16 YEARLY DIABETES EYE EXAM

THANK YOU
AND
GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other/Otros *(specify) (especifique)* referred to AFHA
Comments/Comentarios

referred to AFHA

RECEIVED
10-27-16

| Staff Signature Stamp/Firma del empleado  C. Gowey, R.. cgowey RN | Date/Fecha 10/25/16 | Time/Hora 0001 |
|---|---|---|

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Please send on inmate letter with the receipt of charges to AFHA

| Staff Signature-Stamp/Firma del empleado  K. Ruehrup, RN | Date/Fecha 10/27/16 | Time/Hora 0946 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date:
Time: OCT 24 PM 11:85
Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON  FRANK  W. | 136521 | 23 OCT 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN · |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)   Medical/Médica   Dental   FHA
Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos ✗ Other (specify)/Otros (especifique) CNA/SUPPLIES
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED PACKAGE OF LARGE UNDERPANTS

SMALL RED BAGS (10)

TRASH CAN RED BAGS (3)

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

RECEIVED
10-27-16

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   Medical/Médica   Dental   Pharmacy/Farmacia   FHA
Mental Health/Salud Mental   Eyes/Ojos   Other/Otros (specify) (especifique)
Comments/Comentarios
to CNA for supplies (or Supervisor if no CNA)

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Gowey, RN  cgowey en | 10/25/16 | 0019 |

PLAN OF ACTION/PLAN DE ACCION
Supplies given to Med nurse

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| K. Ruehrup, RN | 10/27/16 | 0740 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

36

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: OCT 13 PM 6:51
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON, FRANK W. | | 136521 | 13 OCT 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)   Medical/Médica   Dental   FHA
Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   ☒ Other (specify)/Otros (especifique) _SUPPLY_
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED PACKAGE OF LARGE UNDERPANTS

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

_Frank Anderson_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   Medical/Médica   Dental   Pharmacy/Farmacia   FHA
Mental Health/Salud Mental   Eyes/Ojos   Other/Otros (specify) (especifique)
Comments/Comentarios

CNA / SUPPLIES

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Nash, LPN | 10/13/16 | 1851 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Received your supplies today by Nurse Owenly

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| K. Ruehrup, RN | 10/14/16 | 1326 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

37

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date:
Time: OCT 13 PM 6:51
Initials:

**SECTION/SECCIÓN I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON  FRANK  W. | 136521 | 13 OCT 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | LYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCIÓN II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)   Medical/Médica   Dental   FHA
X Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED REFILL OF ALVESCO INHALER

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCIÓN III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   Medical/Médica   Dental   Pharmacy/Farmacia   FHA
Mental Health/Salud Mental   Eyes/Ojos   Other/Otros (specify) (especifique) _____
Comments/Comentarios

PHARMACY RESPONSE

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Nash, LPN | 10/13/16 | 1851 |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION   REFILL REQUESTED, TO BE ISSUED UPON ARRIVAL.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Nash, LPN | 10/13/16 | 1851 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time: OCT 4 PM 9:45
Initials:

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W. | | 136521 | 4 OCT 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | RYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*  ☐ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

1. PACKAGE OF ADULT DIAPER'S OR ADULT UNDERWEAR

2. ROLL OF TAPE

3. 20 SMALL RED BAGS                          THANK YOU

4. 5 TRASH CAN SIZE RED BAGS
                                              GOD BLESS

RECEIVED
10.7.16

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☒ Other/Otros *(specify)* *(especifique)* Medical Supplies
Comments/Comentarios
Will order supplies

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Gowey, RN  CGoweyRN | 10/4/16 | 2315 |

PLAN OF ACTION/PLAN DE ACCION
Will Order supplies

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Gowey, RN  CGoweyRN | 10/4/16 | 2315 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

39

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Case 2:20-cv-08023-KML Document 22-3 Filed 10/10/23 Page 41 of 50

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

SEP 11 SEP 10/23

| SECTION/SECCION I | | | | |
|---|---|---|---|---|
| Inmate Name/Nombre *(Last, First M.I.)* (Apellido, Nombre, Inicial) ANDERSON FRANK W. | | ADC Number/Número de ADC 136521 | | Date/Fecha 11 SEP 16 |
| Cell/Bed Number/Celda/Número de Cama 3 H 5 | Unit/Unidad BROWNING | P.O. Box/Apartado Postal 3400 | Institution/Facility/Instalación: ASPC EYMAN | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

WOULD LIKE TO FIND OUT RESULTS FROM THE CARDIAC SPECIALIST!

THANK YOU

GOD BLESS

RECEIVED 9-22-16

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____
Comments/Comentarios
referred to provider for communique

| Staff Signature Stamp/Firma del empleado C. Gowey, RN cgowey RN | Date/Fecha 9/11/16 | Time/Hora 2235 |
|---|---|---|

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION
See Communique. Schedule HCP

| Staff Signature Stamp/Firma del empleado | Date/Fecha 9/12/16 | Time/Hora 1330 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time: SEP 11 PM 10:28
Initials:

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON FRANK W. | | 136521 | 11 SEP 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3HS | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria *(Use este formulario para describir un problema a la vez)*]

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED TO RENEW MECH. SOFT & SNACK DIET. CURRENT

CARD EXP. 28 SEPT 16

THANK YOU

GOD BLESS

RECEIVED 9-07-16 Jn

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios

referred to provider to renew

| Staff Signature Stamp/Firma del empleado C. Gowey, RN cgowey RN | Date/Fecha 9/11/16 | Time/Hora 2228 |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**

See Art

| Staff Signature Stamp/Firma del empleado Salyer, PA | Date/Fecha 9/12/16 | Time/Hora 2000 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

41

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: SEP 26 ᴬᴹ 10:50
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Anderson, Frank | 136521 | 9/26/2016 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| HO5 | Browning | | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)  ☐ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

AUDIT DIAPERS

TAPE

RED BAGS

LAG BAGS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero  *Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique)
Comments/Comentarios  Scanned to non stock for reorder.

| Staff Signature Stamp/Firma del empleado C. Gowey, RN  *Cgowey RN* | Date/Fecha 9/26/16 | Time/Hora 2320 |
|---|---|---|

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION
Sent to be reordered. Will deliver when arrive.

| Staff Signature Stamp/Firma del empleado C. Gowey, RN  *Cgowey RN* | Date/Fecha 9/26/16 | Time/Hora 2320 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

42

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: SEP 26 A 12:02
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON   FRANK W | | 136521 | 25 SEPT 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ✖ Medical/Médica   Dental   FHA
Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

REAL BAD PAIN IN GROWING AND STOMACH AREA THATS
BEEN GOING ON A WHILE. LAST WED NIGHT I HAD
PAIN IN MY CHEST SO BAD I THOUGH
I WAS HAVING A HEART ATTACH.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ✖ Medical/Médica   Dental   Pharmacy/Farmacia   FHA
Mental Health/Salud Mental   Eyes/Ojos   Other/Otros (specify) (especifique) _____
Comments/Comentarios

Scheduled for nurse line

| Staff Signature Stamp/Firma del empleado   C. Gowey, RN   *C Gowey RN* | Date/Fecha 9/26/16 | Time/Hora 0133 |
|---|---|---|

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Scheduled for nurse line

| Staff Signature Stamp/Firma del empleado   C. Gowey, RN | Date/Fecha 9/26/16 | Time/Hora 0133 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

43

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:

Time: 22 PM 11:14

Initials:

| SECTION/SECCION I | Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)*<br>ANDERSON, FRANK W. | ADC Number/Número de ADC<br>136521 | Date/Fecha<br>22 AUG 16 |
|---|---|---|---|
| | Cell/Bed Number/Celda/Número de Cama<br>3 HS | Unit/Unidad<br>BROWNING | P.O. Box/Apartado Postal<br>3400 | Institution/Facility/Instalación: ASPC<br>EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION/SECCION II**

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica   Dental   FHA   Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

PER DR. STAWART ORDERS FOR LAB FOLLOW UP.

RECEIVED
4-4-16

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   Medical/Médica   Dental   Pharmacy/Farmacia   FHA
Mental Health/Salud Mental   Eyes/Ojos ☒ Other/Otros *(specify) (especifique)* lab result request
Comments/Comentarios

request sent to provider

| Staff Signature Stamp/Firma del empleado<br>C. Gowey, RN   cgoweyRN | Date/Fecha<br>8/23/16 | Time/Hora<br>0134 |
|---|---|---|

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION          will be reviewed @ next flu visit.
No critical abnormal values.

| Staff Signature Stamp/Firma del empleado<br>M Smith CNA | Date/Fecha<br>09/17/2016 | Time/Hora<br>1104 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

44

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date:
Time:
Initials: JUL = 12 21

| Inmate Name/Nombre (Last, First M.I.) /(Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON FRANK W. | 136521 | 1 JUL 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)    Medical/Médica    Dental    FHA    Pharmacy/Farmacia    Mental Health/Salud Mental    Eyes/Ojos ✗ Other (specify)/Otros (especifique) **SUPPLY CLERK**
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED - SMALL RED BAGS & 3 TRASH CAN SIZE RED BAGS

ALSO HAVE MY UNDERPANTS COME UP YET?

THANK YOU &

GOD BLASS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
*Frank Anderson*    RECEIVED 7-14-16 YR

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    Medical/Médica    Dental    Pharmacy/Farmacia    FHA
Mental Health/Salud Mental    Eyes/Ojos    Other/Otros (specify) (especifique)
Comments/Comentarios

CNA

| Staff Signature Stamp/Firma del empleado V. Mares, LPN | Date/Fecha | Time/Hora JUL = 12 31 |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**
Delivered 07/13/2016, will deliver briefs when available.

| Staff Signature Stamp/Firma del empleado M. Smith, NA | Date/Fecha 7/13/2016 | Time/Hora 1:24 pm |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

45

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials: JUL = 12 2

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON, FRANK W. | | 136521 | 1 JUL 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NEED TO RENEW SNO FOR SOFT SOLED SHOES SIZE 10½

CURRENT SNO EXP 23 JUL 16

ALSO

PLEASE ADD LONG STEEVE T-SHIRT OR MARK

EXPOSURE TO DIRECT SUNLIGHT        THANK YOU
                                                                                    &
                                                                            GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

NL

| Staff Signature Stamp/Firma del empleado V. Mares, LPN | Date/Fecha | Time/Hora |
|---|---|---|
| *LMLpn* | | JUL = 12 2 |

**PLAN OF ACTION/PLAN DE ACCION**

scheduled nl apt.

| Staff Signature Stamp/Firma del empleado V. Mares, LPN | Date/Fecha | Time/Hora |
|---|---|---|
| *LM LPN* | | |

**SCANNED**

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod/Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

46

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time:
Initials: MAY 25 AM 11:06

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON, FRANK W. | | 136521 | 24 MAY 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*]

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*    Medical/Médica    Dental    FHA    Pharmacy/Farmacia    Mental Health/Salud Mental    Eyes/Ojos    Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

THE PROBLE WITH MY TESTIS is WORKING IT WAY AROUND

TO THE FRONT AND IT HURTS WENT I STAND OR

LAY DOWN ALSO BEGINING SORES ON MY BUTT

THANK YOU.

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

Frank Anderson

RECEIVED 5-27-16

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   X Medical/Médica    Dental    Pharmacy/Farmacia    FHA    Mental Health/Salud Mental    Eyes/Ojos    Other/Otros *(specify)* *(especifique)*

Comments/Comentarios

NL

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| J. Andrle. ᴰᴺᴾ | 5/25/16 | 1214 |

**PLAN OF ACTION/PLAN DE ACCION**

Seen on NL 5/26/16

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| J. Andrle | 5/26/16 | 0706 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado a una subdivisión política de este estado.]

47

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time:
Initials: MAY 1 PM6:27

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDERSON  FRANK  W. | 136521 | 1 MAY 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H 5 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)  ☒ Medical/Médica    Dental    FHA
☐ Pharmacy/Farmacia    Mental Health/Salud Mental    Eyes/Ojos    Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!]

MY TESTIS SEEM TO BE ENLARGED AGAIN AND HURTING
A LOT. THIS IS A ON GOING PROBLEM

THANK YOU

GOD BLESS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exeneiones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Frank Anderson*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☑ Medical/Médica    Dental    Pharmacy/Farmacia    FHA
☐ Mental Health/Salud Mental    Eyes/Ojos    Other/Otros (specify) (especifique) _____
Comments/Comentarios

Refer to Nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C. Shaw, LPN  *C. Shaw LPN* | 5-1-16 | 1837 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Seen on NL 5/2/16

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *J. Andre, RN* | 5/2/16 | 1223 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

48

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: JAN 10 AM 9:57
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| ANDERSON  FRANK  W | | 136521 | 10 JAN 16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3 H L6 05 | BROWNING | 3400 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) X Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

REPEAT PROBLEM  SWELLING  IN  THE  LEFT  TESTIS

AND  TENTER

THANK  YOU

GOD  BLESS

RECEIVED
1/12/16

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

Frank Anderson

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA X Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

Refer to Nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| R J.Jeffrey RN | 1-10-16 | 1036 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Seen on 1-11-16

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Dewerhall | 1-11-16 | 0911 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

49

1101-10ES