# EXHIBIT 3
# 6 of 6

# EXHIBIT 3
# 6 of 6

*LA*



## Influenza Campaign 2016-17
## Patient
## Consent or Refusal for Vaccine

### DEMOGRAPHICS

| Facility | *Browny* | Inmate Number | *136521* |
|---|---|---|---|
| Inmate Name | *ANDERSON  FRANK  W* | Date of Birth | *4 APR 48* |

| Housing Location | ○ General Population | ○ Segregation | Sex: ☒ Male ☐ Female |
|---|---|---|---|
| *3 H 5* | ○ Infirmary | ● Other *DEATH ROW* | |

### HISTORY

| | | | |
|---|---|---|---|
| 1. | Have you had a flu shot before?<br>(¿Le han aplicado una inyección contra la influenza anteriormente?) | ● YES(Si) | ○ NO |

*If you answer yes to any of the following questions, we will not administer a flu shot.*
*(Si responde "sí" a alguna de las siguientes preguntas, no le administraremos la inyección contra la influenza.)*

| | | | |
|---|---|---|---|
| 2. | Have you ever had a severe allergic reaction to a flu shot? Guillian-Barre Syndrome (GBS)?<br>(¿Alguna vez ha tenido una reacción alérgica grave a una inyección contra la influenza?) | ○ YES(Si) | ● NO |
| 3. | Do you have a severe egg allergy?<br>(¿Es alérgico al huevo?) | ○ YES(Si) | ● NO |
| 4. | Have you ever had an allergic reaction to any vaccine?<br>(¿Ha tenido alguna reacción alérgica a alguna vacuna?) | ○ YES(Si) | ● NO |

*If you answer yes to any of the following questions, we will not administer a flu shot **TODAY**.*
*(Si responde "sí" a alguna de las siguientes preguntas, no le administraremos la inyección contra la influenza **HOY**.)*

| | | | |
|---|---|---|---|
| 5. | Are you currently taking an antibiotic for infection?<br>(¿Actualmente está tomando algún antibiótico para una infección?) | ○ YES(Si) | ● NO |
| 6. | Do you feel ill today or do you have a fever?<br>(¿Se siente enfermo o tiene fiebre hoy?) | ○ YES(Si) | ● NO |

I state that the above history is true and complete to the best of my knowledge. I received the Vaccine Information Statement: "Influenza (Flu) Vaccine (Inactivated or Recombinant): What You Need To Know" CDC form number 42 U.S.C. (8/07/2015) §300aa-26 on ___/___/____ and have been given the opportunity to ask questions.

(Afirmo que los antecedentes anteriores son verdaderos y completos a mi leal saber y entender. Recibí la Declaración de Información de la Vacuna: La influenza (gripe) vacunas inactivadas o recombinante): Lo que usted necesita saber "CDC 42 U.S.C. (8/07/2015), Sección 300aa-26, el ___/___/____ y se me dio la oportunidad de hacer preguntas.)

☒ I understand the benefits and risks of influenza vaccine, and ask that the vaccine be given to me.
(Comprendo los beneficios y los riesgos de la vacuna contra la influenza y solicito que se me administre).
☐ I decline the influenza vaccine and understand the risk of doing so.
(Después de rechazar la vacuna contra el virus de la influenza y entender el riesgo de hacerlo.)

| *Frank Anderson* | *5 Dec 16* |
|---|---|
| Patient Signature(Firma del paciente) | Date (Fecha) |

### INJECTION INFORMATION (INFORMACIÓN DE INYECCIÓN)

| Vaccine: | *Influenza* | Manufacturer: | *Seqirus* |
|---|---|---|---|
| Lot Number: | *162C001* | Vaccine Expiration Date: | *05/2017* |
| Site | ☐ Right Deltoid   ☒ Left Deltoid | Other: | |

| *J. Jeffrey RN* | *Registered Nurse* | *12-5-2016* |
|---|---|---|
| Administered by: | Title: | Date |

NA0662a
Issued 08/2013

Revised 8/2016

© 2016 Corizon Health, Inc.

306

 **HEALTH**

## Influenza Campaign 2015-16
## **Patient**
## Consent or Refusal for Vaccine

 **RECEIVED** 11-16-15

| DEMOGRAPHICS | | | |
|---|---|---|---|
| Facility | E Yman/Browny | Inmate Number | 3652 |
| Inmate Name | | Date of Birth | 4/4/1948 |
| Housing Location | O General Population    O Segregation | Sex: ☒ Male ☐ Female | |
| | O Infirmary    O Other | | |

### HISTORY

1. Have you had a flu shot before?  ☒ YES(Si)  O NO
(¿Le han aplicado una inyección contra la influenza anteriormente?)

*If you answer yes to any of the following questions, we will not administer a flu shot.*
*(Si responde "sí" a alguna de las siguientes preguntas, no le administraremos la inyección contra la influenza.)*

2. Have you ever had a severe allergic reaction to a flu shot? Guillian-Barre Syndrome (GBS)?  O YES(Si)  ☒ NO
(¿Alguna vez ha tenido una reacción alérgica grave a una inyección contra la influenza?)

3. Do you have a severe egg allergy?  O YES(Si)  ☒ NO
(¿Es alérgico al huevo?)

4. Have you ever had an allergic reaction to any vaccine?  O YES(Si)  ☒ NO
(¿Ha tenido alguna reacción alérgica a alguna vacuna?)

*If you answer yes to any of the following questions, we will not administer a flu shot **TODAY**.*
*(Si responde "sí" a alguna de las siguientes preguntas, no le administraremos la inyección contra la influenza **HOY**.)*

5. Are you currently taking an antibiotic for infection?  O YES(Si)  ☒ NO
(¿Actualmente está tomando algún antibiótico para una infección?)

6. Do you feel ill today or do you have a fever?  O YES(Si)  ☒ NO
(¿Se siente enfermo o tiene fiebre hoy?)

I state that the above history is true and complete to the best of my knowledge. I received the Vaccine Information Statement: "Influenza (Flu) Vaccine (Inactivated or Recombinant): What You Need To Know" CDC form number 42 U.S.C. (8/07/2015) §300aa-26 on 11/16/15 and have been given the opportunity to ask questions.

(Afirmo que los antecedentes anteriores son verdaderos y completos a mi leal saber y entender. Recibí la Declaración de Información de la Vacuna: La influenza (gripe) vacunas inactivadas o recombinante): Lo que usted necesita saber "CDC 42 U.S.C. (8/07/2015), Sección 300aa-26,el ___/___/___ y se me dio la oportunidad de hacer preguntas.)

☐ I understand the benefits and risks of influenza vaccine, and ask that the vaccine be given to me.
(Comprendo los beneficios y los riesgos de la vacuna contra la influenza y solicito que se me administre).
☐ I decline the influenza vaccine and understand the risk of doing so.
(Después de rechazar la vacuna contra el virus de la influenza y entender el riesgo de hacerlo.)

_Frank Anderson_   _11/16/15_
Patient Signature(Firma del paciente)   Date (Fecha)

| INJECTION INFORMATION (INFORMACIÓN DE INYECCIÓN) | | | |
|---|---|---|---|
| Vaccine: | Influenza | Manufacturer: | |
| Lot Number: | 15/4901 | Vaccine Expiration Date: | 5//C |
| Site | ☐ Right Deltoid    ☒ Left Deltoid | Other: | |

_B.G. Bell KM_  Brandi Gabriella, RN   _11/16/15_
Administered by:   Title:   Date



## Influenza Campaign 2015-16
## **Patient**
### Consent or Refusal for Vaccine

| DEMOGRAPHICS | | |
|---|---|---|
| Facility _Lyman Browning._ | | Inmate Number _136521_ |
| Inmate Name _Anderson, Frank_ | | Date of Birth _4-21-48_ |
| Housing Location | O General Population    O Segregation | Sex: ☒ Male  ☐ Female |
| | O Infirmary    ☑ Other | |

| HISTORY | | |
|---|---|---|
| 1. Have you had a flu shot before? <br> (¿Le han aplicado una inyección contra la influenza anteriormente?) | | ☑ YES(Si)    O NO |

*If you answer yes to any of the following questions, we will not administer a flu shot.*
*(Si responde "sí" a alguna de las siguientes preguntas, no le administraremos la inyección contra la influenza.)*

| | | |
|---|---|---|
| 2. Have you ever had a severe allergic reaction to a flu shot? Guillian-Barre Syndrome (GBS)? <br> (¿Alguna vez ha tenido una reacción alérgica grave a una inyección contra la influenza?) | | O YES(Si)    O̶ NO |
| 3. Do you have a severe egg allergy? <br> (¿Es alérgico al huevo?) | | O YES(Si)    ☑ NO |
| 4. Have you ever had an allergic reaction to any vaccine? <br> (¿Ha tenido alguna reacción alérgica a alguna vacuna?) | | O YES(Si)    ☑ NO |

*If you answer yes to any of the following questions, we will not administer a flu shot **TODAY**.*
*(Si responde "sí" a alguna de las siguientes preguntas, no le administraremos la inyección contra la influenza **HOY**.)*

| | | |
|---|---|---|
| 5. Are you currently taking an antibiotic for infection? <br> (¿Actualmente esta tomando algún antibiótico para una infección?) | | ☑ YES(Si)    O NO |
| 6. Do you feel ill today or do you have a fever? <br> (¿Se siente enfermo o tiene fiebre hoy?) | | O YES(Si)    ☑ NO |

I state that the above history is true and complete to the best of my knowledge. I received the Vaccine Information Statement: "Influenza (Flu) Vaccine (Inactivated or Recombinant): What You Need To Know" CDC form number 42 U.S.C. (8/07/2015) §300aa-26 on ___/___/_____ and have been given the opportunity to ask questions.

(Afirmo que los antecedentes anteriores son verdaderos y completos a mi leal saber y entender. Recibí la Declaración de Información de la Vacuna: La influenza (gripe) vacunas inactivadas o recombinante): Lo que usted necesita saber "CDC 42 U.S.C. (8/07/2015), Sección 300aa-26,el ___/___/_____ y se me dio la oportunidad de hacer preguntas.)

☐ I understand the benefits and risks of influenza vaccine, and ask that the vaccine be given to me.
(Comprendo los beneficios y los riesgos de la vacuna contra la influenza y solicito que se me administre).
☐ I decline the influenza vaccine and understand the risk of doing so.
(Después de rechazar la vacuna contra el virus de la influenza y entender el riesgo de hacerlo.)

RECEIVED 10·29·15

| _unable to gwe on abx._ | _10-26-15_ |
|---|---|
| Patient Signature(Firma del paciente) | Date (Fecha) |

| INJECTION INFORMATION (INFORMACIÓN DE INYECCIÓN) | | | |
|---|---|---|---|
| Vaccine: _Influenza Virus Vac_ | Manufacturer: _Novartis_ | | |
| Lot Number: _1514901_ | Vaccine Expiration Date: _5-2016_ | | |
| Site | ☐ Right Deltoid | ☐ Left Deltoid | Other: |
| Administered by: | | Title: | Date |

NA0662a
Issued 08/2013

Revised 8/2015

© 2015 Corizon Health, Inc.

# MEDICATION ADMINISTRATION RECORD

**Facility:** M    4410-    ASPC EYMAN - BROWNING    AZ    **Month:** June 2015

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LACTULOSE (480ML) 10GM/15 ML SOLN ~CHRONULAC~ <br><br> TAKE 15MLS BY MOUTH EVERY DAY AS NEEDED <br><br> Prescriber SALYER,NICK,PA    Rx#33034908    **PRN**PRN** <br> Order Date 05/14/15    Start Date 5/14/15    Stop Date 08/12/15 | PRN 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ASA 81mg PO Daily ~POT~ <br><br> Prescriber Salyer <br> Order Date 6/15/15    Start Date 6/15/15    Stop Date 9/13/15 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Diagnosis: | 04/04/48 | | | |
|---|---|---|---|---|
| NSA: overmir <br> Allergies: | **136521** <br> 309 <br> DOB/Inmate #: | 4410- <br><br> Location: | DROW(005 <br><br> H5 | **ANDERSON, FRANK** <br><br> Name: |

#3150 REV 4/10    *PharmaCorr*