# EXHIBIT 4

# EXHIBIT 4

1

4TH JUDICIAL DISTRICT COURT
JUVENILE DIVISION
ELKO COUNTY, NEVADA

2

3    In the Matter of:                    )        '92  DEC -7  A11:16
                                          )
4    POYSON, Robert Allen                 )        KAREN VASQUEZ
                                          )         Carol Gusano
5    DATE OF BIRTH:  ████/76              )    CASE NO:  Z365
                                          )        DEPT NO:  XV
6    A Minor, 16 Years of Age             )
                                          )
7    _____)

8                    TERMINATION OF WARDSHIP

9    I.    COMMITMENT BACKGROUND:

10         A.  Date/Place of Commitment:

11             Robert Poyson was committed to the Nevada Youth Training Center on

12             July 3, 1990.  Robert Poyson was transferred to the Caliente Youth

13             Center on July 12, 1990.

14         B.  Reason/Charges:

15             1.  Battery (No Petition Number- Elko County)

16   II.    INSTITUTIONAL RECORD:

17         A.  Date Received at the Nevada Youth Training Center:

18             July 3, 1990

19         B.  Date Transferred to the Caliente Youth Center:

20             July 12, 1990

21         C.  Date Paroled from the Caliente Youth Center:

22             April 16, 1991

23         D.  Total Incarceration Time:  9 1/2 Months

24   III.   EVALUATION OF PAROLE PROGRAM:

25         A.  Placement:  Robert was initially placed with his natural mother,

26             Ruth Garcia, in Bullhead City, Arizona, through the Interstate

27             Compact on Juveniles.

28         . . . .

                                     1

B.  Current Placement/Status:    On November 6, 1992, Robert moved with his mother to Twin Falls, Idaho.

C.  Type of Supervision:

Intensive:   Number of Months:    4 Months

Standard:    Number of Months:    6 Months

Minimum:     Number of Months:    8 Months

D.  Total Number of Months on Parole:    18 Months

E.  Education:    Robert was attending Horizon High School in Las Vegas, Nevada prior to moving with his mother to Idaho; he will re-register in school once he arrives in Idaho.  Robert is on track towards high school graduation.

F.  Employment During Parole:    None

1. Current Employment Status:  Unemployed

G.  Arrests During Current Parole Period:

Charges/Dispositions:

08/14/91 - Charge:  Curfew; Disposition:  Dismissed

H.  Selective Service Registration:    N/A

I.  Restitution Ordered:    None

J.  Services Provided:    Robert was supervised through the Interstate Compact for the first three months of this parole period.  In August of 1991, Robert's mother moved from Bullhead City to Laughlin, Nevada.  At that time, Robert contacted this Counselor stating that he was now residing in Nevada.  While residing in Laughlin, Robert was seen monthly through December of 1991.  In December of 1991, Robert began to experience problems at school.  He was a known associate in a gang that was being organized.  Buddy Adams, a Clark County Probation Officer stationed in Laughlin, agreed to help supervise Robert in order to give him more intensive services.

2

1    In May of 1992, Robert's mother was evicted from her apartment. The
2    eviction took place due to the fact that Robert and his brother had
3    been having loud "parties" at the apartment while Robert's mother
4    was at work. The only apartment that Robert's mother could find was
5    back in Bullhead City, Arizona. The fact that Robert had been
6    partying brought attention to his alcohol problem. When confronted
7    about this problem, Robert admitted that he was drinking constantly,
8    and that he felt that he had a definite problem. The case was
9    staffed with WestCare, and they accepted him into their program on
10   June 17, 1992.

11   Robert remained at WestCare for four and one-half months. While at
12   WestCare, Robert made great gains. He accepted the help and made
13   personal changes in his own life. Robert received his "level four"
14   and graduated from the WestCare program on November 6, 1992. This
15   date coincided with the date that his mother moved to Idaho.
16   Robert's mother picked him up at WestCare on her way to Idaho. The
17   family will be residing with Robert's grandmother.

18   IV.   REASON AND TYPE OF REQUEST FOR TERMINATION OF WARDSHIP:

19   A.   Reason for Termination:   Robert Poyson has proven his ability to
20   make an adequate adjustment to parole supervision. He has also
21   successfully completed the WestCare program, and plans to continue
22   AA meetings on his own. There are no relatives in Nevada, thus
23   further Interstate supervision is not being sought. As well, it is
24   felt that Robert is no longer in need of Juvenile Parole
25   supervision.

26   B.   Type of Termination:   Positive

27   . . . .

28   . . . .

3

V.   RECOMMENDATION:

A.   That Robert Allen Poyson continue to be handled as a juvenile if
further offenses occur.  He has shown that he is amenable to
treatment and would benefit from juvenile services if further
intervention is necessary.

B.   That Robert Allen Poyson be released from the jurisdiction of the
Nevada Youth Parole Bureau and the Elko County Juvenile Court.

Respectfully Submitted,

_____
BRUCE KENNEDY
Senior Youth Parole Counselor

RECOMMENDED BY:

_____
JUDY KEMP
District Supervisor

APPROVED BY:

_____
DAVID F. BASH III – Chief
Nevada Youth Parole Bureau

IT IS HEREBY ORDERED that the Wardship of ROBERT ALLEN POYSON is
Terminated.

DATED this _____ day of _____, 1992.

_____
DISTRICT COURT JUDGE

BK:sp

4

NO. 2365
Dept. II

'90  JUN 19  A9:07

. ELKO CO DISTRICT COURT
CLE                         W)

IN THE JUVENILE DIVISION OF THE FOURTH JUDICIAL DISTRICT COURT

OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF ELKO

IN THE MATTER OF

ROBERT ALLEN POYSON,

A CHILD.

PREDISPOSITION INVESTIGATION

| | |
|---|---|
| DATE: | May 21, 1990 |
| CONCERNING: | Robert Allen Poyson |
| DOB: | ▉▉▉▉▉ 1976   CURRENT AGE:   13 |
| ADDRESS: | Cactus Pete's Old Apartments, #45, |
| | Box 212, Jackpot, NV 89825 |
| PHONE NUMBER: | None |
| BIRTHPLACE: | Twin Falls, Idaho |
| SOCIAL SECURITY: | ▉▉▉▉▉ |
| LENGTH OF RESIDENCE IN ELKO COUNTY: | Ten years |
| FATHER: | Richard Sandobal - Deceased |
| MOTHER: | Ruth Garcia |
| DOB: | ▉▉▉▉▉ 1957   CURRENT AGE:   32 |
| ADDRESS: | Cactus Pete's Old Apartments, #45, |
| | Box 212, Jackpot, Nevada 89825 |
| OCCUPATION: | Dealer |
| PLACE OF EMPLOYMENT: | Cactus Pete's Casino, Jackpot, NV |

1
5

SCANNED

ATTORNEY:                    None

SIBLINGS:

| NAME: | DOB: | AGE: | ADDRESS: |
|---|---|---|---|
| Raymond Poyson | ████74 | 15 | Jackpot |
| Manuel Gonzales, Jr. | ████80 | .10 | Jackpot |
| Ernest Gonzales | ████81 | 9 | Twin Falls, ID |

PRESENTING PROBLEM:

On February 19, 1990, Robert was accused of using his fists to strike another juvenile, and on April 10, 1990, he appeared in Court and admitted to the allegation of battery.

Robert's mother stated that "he is out of control and does what he wants, when he wants!" Apparently," he steals beer and cigarettes" from the adults in the family and usually fails to inform his mother of his comings and goings.

Robert was also implicated in a sexual assault on a male juvenile (see attached report A,B,C,and D). There were no charges on the Petition, but he admitted to the act in Court. Consequently, a Predisposition Investigation and psychological evaluation were ordered by the Court.

Robert had no case associates and he appears as a leader. However, he would probably "follow older boys."

SUBSEQUENT PROBLEM:

On April 24, 1990, Robert was accused of burning a large area of hair on the back of another boy's head. Apparently, this was done "for fun" (see attached report E,F).

PREVIOUS PROBLEM:

On December 20, 1988, Robert appeared in Elko Juvenile Court and admitted to the allegation of Burglary. This was a

2

result of Robert and two other male juveniles breaking into a
mobile home in Jackpot. There was $50.00 damage to the home, and
in addition, the boys stole $40.00 in cash.

Robert was placed on Formal Probation and paid his
share of the restitution. He did reasonably well until May 5,
1989, and at that time he wound up in Elko Detention Center for
five days for "fighting at school, trashing a house, and
violating his curfew."

He then moved to Twin Falls, Idaho and their Juvenile
Probation Department stated that he satisfactorily completed his
term of probation. His Formal Probation was terminated on August
1, 1989.

On September 21, 1989, Robert and two male juveniles
harassed the occupants of Cactus Pete's Old Apartments, #47. The
boys threw raw eggs, which hit the apartment. Then they turned
off the electricity to the dwelling and broke a window on the
rear of the apartment.

On January 31, 1990, Robert appeared before a Juvenile
Master and admitted the allegations. He was ordered to do 8
hours of community service and pay his share ($18.70) of the
restitution. Therefore, a definite pattern of recidivism has
been established.

CHILD'S ATTITUDE:

Robert claims to be frightened by what could happen to
him, but I am not sure of this. Mrs. Garcia stated that he brags
about his capers and defies her authority. He shows no shame or
remorse for his acts, but claims to be "sorry afterwards."
Moreover, he does not deny involvement and agrees with the

information documented in the Crime Reports.

Robert acts as if he is a "tough guy," and he has alienated most of his peers by fighting them. He appears to have a low self-image and tries to cover it with a-big-and-bad act.

He appears to have little respect for authority figures, but when confronted with his capers, it is "yes sir" and "no sir." Once his previous delinquencies are over with, he sees "no big deal" according to his mother.

DRUGS AND ALCOHOL:

Mrs. Garcia knows that Robert is drinking beer because when it is left in the refrigerator, it vanishes. Robert admitted to me that he drinks beer; however, he claims to dislike it and stated that he "does not know why" he drinks.

Robert denies ever using drugs and his drug screen was negative (see attached report G). However, he smokes "two or three cigarettes" per day.

FAMILY:

During the summer months, the family goes fishing, hiking and on picnics, while in the winter they watch a lot of T.V. The family feels that there is a warm, homey atmosphere in their home.

Robert, however, "does not consider himself as part of the family." He eats and sleeps at home, but he is "gone the rest of the time."

Robert's brother Raymond does not want to associate with him at the present time. Mrs. Garcia feels that Raymond does not want to get into the problems that Robert is having. However, Robert claims that his brother "lies about him," and

because "Raymond is mean to him, he is mean to Raymond." Apparently, there are few problems among Robert, Manuel and Ernest.

Mrs. Garcia stated that Robert claims "she is not his mother." She "loves and cares for Robert," but his negative behavior is "driving me crazy."

Robert feels "deprived of material things," and does not understand the financial pressure on a single parent who is working to support the family. Also, he may feel deprived of quality time with his mother; probably a result of her employment schedule.

Obviously, there is a strained relationship between Robert and his mother. However, she loves and thinks highly of him, and is trying to get him the needed help. Moreover, she is not a rescuer and confronts his negative behavior.

Mrs. Garcia has tried spanking, beating, talking to, and grounding Robert for discipline. However, none of these measures were successful. Also, she has tried "giving," but he just "expects and takes more!"

HISTORY:

Mrs. Garcia was never married to Robert's and Raymond's father, Richard Sandobal. When she was 14 years of age, she began living with Mr. Sandobal, and she remained with him until she was 18 years old in 1975.

Before they separated, however, Robert was conceived, but she is not sure that Mr. Sandobal was aware of the pregnancy. Also, after their separation, Mr. Sandobal was sentenced to prison in Colorado, and during his incarceration, he died from

5

9

unknown causes. Consequently, both Robert and Raymond have Mrs. Garcia's maiden name, Poyson.

Presently, however, Mrs. Garcia feels that Robert has a "hero-worship" for his father.

In 1979, she was married for the first time to Manuel Gonzales. This was Robert's first father in the home, but he does not remember him.

From this union, Mrs. Garcia gave birth to two more sons, Manuel and Ernest. However, after three years of marriage, she and Mr. Gonzales were divorced in 1982.

Later in 1982, she was married for the second time to Guillermo Aguilar. According to Mrs. Garcia, he severely beat her son Ernest; therefore, child abuse charges were filed against Mr. Aguilar. She stated that "he just wanted a green card" rather than a family. Consequently, they were divorced in 1984.

Mrs. Garcia's third marriage was to Sabas Garcia in 1988. Mr. Garcia committed suicide in 1989, and this had a "devastating impact on the family!" Robert blamed his mother for Mr. Garcia's death; however, he would not comment much about his feelings towards this incident.

Robert referred to Mr. Garcia as "dad" and "liked him." Robert "felt badly" about the untimely death, and this is when his problems began to emerge.

For the last eight months, Mrs. Garcia has had a live-in boyfriend. Robert claims to like him, but he complained that "when I get used to one man, she brings another one home!"

After Mrs. Garcia's separation from Richard Sandobal, she moved from Delta, Colorado to Twin Falls, Idaho, and lived

there for approximately one year.  In 1977, the family moved to Jackpot, Nevada, and they remained there for approximately five years.

In 1982, they returned to Twin Falls, and lived there for two more years.  In 1984, they returned to Jackpot once again, and except for a few months sojourn in Twin Falls in 1989, they have resided in Jackpot ever since.

Mrs. Garcia stated that she moved from Colorado to Idaho in order to be close to members of her family.  Thereafter, the moves were necessary for employment.

The family is now comprised of Mrs. Garcia, her four sons, and a live-in boyfriend.  Her son Ernest, however, resides in Twin Falls, Idaho with his grandparents, and her son Manuel resides with his father in Jackpot.

Mrs. Garcia graduated from high school and then earned a bachelors degree in English from the college in Fort Lewis, Colorado.

Robert's father had a 7th grade education.

Mrs. Garcia has primarily worked in gambling Casinos, and she is now employed as a dealer.  She worked as a fish filleter in Idaho and as an interpreter during the federal government's Amnesty Program.

RESIDENCE:

The family lives in a two bedroom apartment, and Mrs. Garcia feels there is ample living space.  Robert shares a bedroom with his older brother, and he seems content with this arrangement.

Presently, there are adequate furnishings even though

their previous apartment and personal belongings were burned in a fire on March 3, 1990. The housekeeping standards and cleanliness are acceptable to the family.

The apartment is located in a "high" delinquency area of Jackpot, and this may have an affect on Robert's behavior. However, all the family members feel warmth in the home.

RELIGION:

Robert is a baptized member of the Catholic Church. During the summer months, he attends the Lutheran Church in Jackpot, and sometimes attends Catholic Mass when it is held locally. Robert stated that he would gladly talk with a Catholic Priest if one was available in Jackpot.

EDUCATION:

Robert is presently a 7th grader in the Jackpot Combined Schools, and most of his academic experiences have been in this school. He is earning mostly C's and D's, while claiming to "dislike school." A "lack of interest is the stated reason for his under achievement at this time."

Previous to the 7th grade, he earned mostly "A's and B's," and he claims to have liked school then. His school reports tend to verify these statements (see attached reports H, I). However, beginning with the 7th grade school curriculum, there is a marked increase in the difficulty of the courses as compared to the 5th and 6th grades' work.

He indicates a natural ability for math and science, but he claims to dislike these subjects because he "does not understand" the material. Also, he has an interest in drafting and woodshop.

12 8

While in school, Robert "generally behaves;" however, he has been involved in some fights after school.  Except for "cussing a teacher" at school, his deportment is "alright", and he generally gets along with the faculty (see attached letter J).

EMPLOYMENT:

Robert baby-sits for individuals on a part-time basis, and he cuts lawns during the warm months.  He has a reasonably good attitude towards supervision, and he can do good quality of work when he so desires.

On April 9, 1990, Robert was scheduled to work 8 hours of Community Service at the Jackpot Fire Station under the supervision of Carl Marr.  He phoned that Robert "worked 33 minutes and walked off!"  However, at a later date, he completed his assigned work in an acceptable manner.

Robert uses his earnings for personal wants such as candy, game room, eating out, and tapes.  Apparently, he saves none of his earnings.

His future plans are to enter the U. S. Navy.  This goal can be achieved if he applies himself and stays out of trouble.

INTERESTS AND ACTIVITIES:

Robert enjoys playing heavy metal music, and he likes to dance and rap.  Moreover, he plays soccer on an adult team and participates in basketball for recreation.

Mrs. Garcia stated that Robert spends considerable time alone, but "he does not want to be alone."  Apparently, his behavior is alienating him from his friends and family.

HEALTH - PHYSICAL:

9

CANNED

Except for the usual colds or flu, Robert enjoys good health at this time. By the age of three, he was not speaking; therefore, he was examined at Mental Health in Twin Falls, Idaho. They found nothing wrong.

HEALTH - PSYCHOLOGICAL:

On May 24, 1990, Robert was evaluated by Dr. Bruce A. Guernsey, D.O. at Charter Counseling Center in Elko, Nevada. Dr. Guernsey noted there are no symptoms of major depression, and he found no evidence of psychosis, thought blocking, dillusions, hallucinations, illusions, or suicidal tendency. However, Robert has "poor, implusive" judgment and "little self control over his behavior."

Robert was diagnosed as having a severe conduct disorder, and "there is a slight possiblity that some of his behavior could stem from a mood disorder such as manic depression or impulsive conduct disorder." Sometimes medication such as "lithium carbonate or tegretol" helps this condition, and Dr. Guernsey recommends that "Robert be tried on one of these medications" (for complete details, please see attached report K).

SUMMARY:

Mrs. Garcia shows care and concern for Robert while confronting his negative behavior. He in turn defies his mother's authority, and all of this results in a poor relationship between them. He does, however, have all the necessities of life provided for him even though he feels deprived.

10

14

Robert appears to have the ability to achieve in school even though he shows little self-motivation to do so. He has set one solid goal of entering into the U. S. Navy. He has good health and participates in sports. Also, he can be very employable if he so desires.

The most vivid problem is his antisocial behavior which presents the diagnosis of a conduct disorder. Because he is impulsive and has little self-control, his behavior is even more disturbing.

I feel stongly that Robert should first be tried on a prescribed medication for his problem. If the desired results are not attained, then an institutional setting may be needed.

RECOMMENDATIONS:

In view of the foregoing report, Robert shall be considered for the following:

1. Be placed on Formal Probation for one year;

2. Perform 40 hours of Community Service;

3. Be referred to a Doctor who can try Robert on a prescribed medication;

4. Receive counseling as needed for his problems.

Respectfully submitted,

Nolan A. Barnum
Juvenile Probation Officer

11