# EXHIBIT 5

# EXHIBIT 5

☆ C-43

Children's Review and Placement Team
Treatment Classification Profile Worksheet

Review Date: 3-18-93

Office #/Case Manager: 5866/ED MC CARROLL

Name Child/Family: ROBERT POYSON/RUTH GARCIA (MOTHER)

Age/Date of Birth: 16 1/2/███-76

Height/Weight: 5'6/150 LBS

Sex/Race: M/CAUCASIAN

EPICS Number: INTERSTATE COMPACT FROM NEVADA

Social Security Number: ███████

Private Insurance Carrier:

Policy Number:

Case File/Client File current?        YES

Family Assessment Completed?        YES

Assessment Techniques used in Assessment: Screening report through Twin Falls Juvenile Probation, Port of Hope Alcohol and Drug Assessment, and psychiatric evaluation from Charter Counseling Center in Nevada.

Intensive Family Treatment utilized?    Caliente Youth Center, Caliente, Nevada; West Care Treatment Center, Las Vegas, Nevada; Juvenile Detention in Twin Falls, Idaho.

Family involvement: Robert was Court ordered into secure confinement. His mother moved to Laughlin, Nevada, the day of Robert's commitment to the Department of Health and Welfare. Contact was made with mom regarding Robert's placement at the Youth Services Center through family friends.

Describe dates and interventions utilized, if no why not?

Ongoing since 1988 with the state of Nevada and Idaho (see Placement History).

Extent family involved in decision to request out-of-home placement:

Mother, Ruth Garcia, was present at the Court hearing and understands the Court Order.

PAGE 1 - ROBERT POYSON - CRPT

CR-98-05.10-AP
PD/PCR Anderson 92269

1

H004269



Treatment Classification Profile Graph

Children's Review and Placement Team
Treatment Classification Profile Worksheet

**Family Assessment (FA) Scale: 4**

Robert comes from a chronic multi-problem family which is experiencing difficulties relating to child abuse, neglect, alcoholism, drug addiction, and violence and in which Robert is at high risk of out-of-home placement; in fact, Robert has already been out of the home. There is minimal structure or rule definition in the family. There are defective decision making and problem solving processes. Robert's biological father, Richard Sandoval, died while serving a sentence in a Colorado prison for killing a police officer. At the time of Mr. Sandoval's death, Robert's mother, Ruth Garcia, was pregnant with Robert. Robert has an older brother named Raymond who is age 18. Robert also has two half brothers, Ernest who lives with his mother and Manuel who lives with his stepfather, Manuel Gonzales, in Jackpot, Nevada. Mrs. Garcia indicated that Robert's misbehavior and law violations began occurring after the death of his stepfather, Sabas Garcia, in 1988. It was two months after Mr. Garcia's suicide that Robert got into trouble with the law the first time.

Mrs. Garcia has had multiple relationships and marriages. Mrs. Garcia was not married to Raymond and Robert's father, Richard Sandoval, at the time of their conception and birth. She was married to Manuel Gonzales from 1976 to 1981. After they divorced, she married Guillermo Aguilar in 1982 and divorced him in 1985. Mr. Aguilar was reportedly very physically abusive to his wife and to the children. She was later married to Sabas Garcia from 1986 to 1988. For the past two years, Mrs. Garcia has been involved in a relationship with Juan Melo who lives in Laughlin, Nevada. Mrs. Garcia moved to Laughlin, Nevada, the day Robert was committed to the Department of Health and Welfare. Mother quit her job at Cactus Pete's the day before.

PAGE 2 - ROBERT POYSON - CRPT

PD PCR Anderson 012770

2

H004270

**Medical Assessment (MA) Scale: 1**

Robert has no apparent medical problems, physical illnesses, or disabilities; and participation is not limited in any program to which he may be assigned.

**Developmental Assessment (DA) Scale: 1**

Robert is a youth of average intellectual capacity and functions successfully in family and public school settings if he chooses. This is according to Mrs. Garcia. School grades and progress reports from two years ago indicate that Robert was a "C" and "F" student and with many truancies.

**Mental Health (MH) Scale: 3**

In 1990, Robert received a psychiatric evaluation by Dr. Bruce Guernsey, a psychiatrist with the Charter Counseling Center in Las Vegas, Nevada. In that assessment, Dr. Guernsey indicated that Robert had a conduct disorder, solitary aggressive type. He demonstrates a major impairment in several areas such as school, family relations, judgment and thinking in that he has sexually abused a younger cousin and believes that his sole responsibility in that act was that he succumbed to her seduction of him.

In October 1992, evaluation by Dr. Sullivan of Twin Falls arrived with the same diagnosis as Dr. Guernsey presented previously.

**Substance Abuse (SA) Scale: 4**

Robert has a clear and chronic history of substance abuse. A detailed drug and alcohol assessment was performed on March 1, 1993 by Jeanette O'Laughlin, of the Port of Hope. Robert will require substance abuse treatment using both educational and counseling techniques. He has already served five months in inpatient drug and alcohol treatment center in Las Vegas, Nevada. He was released from West Care in November 1992.

**Educational Assessment (EA) Scale: 2**

Robert is a 16 year old who can function on a regular classroom grade level. He has indicated an interest in continuing his education. His mother reported that until the time that Mr. Garcia committed suicide, Robert did very well in school and was on the honor role. He had perfect attendance and was involved in many school sports. He has finished tenth grade and is in the 11th

PAGE 3 - ROBERT POYSON - CRPT

PD PCR Anderson 012771

H004271

grade. He was only in high school at Twin Falls High School for about a month, from November through December 1992. After this he was arrested and placed at the Detention Center for the charge of lewd and lascivious conduct with a minor.

## Public Risk (PR) Scale: 4

Robert's crime for which he is being adjudicated is a lewd and lascivious conduct with a minor. He is 16 years old and has a long history of adjudicated offenses. Some of those offenses are violent offenses. The following is a chronological reporting of Robert's criminal history:

| Age | Crime | Date | Disposition |
|---|---|---|---|
| 11 | Destruction of Property | 1988 | 12 days detention for both charges |
| | Burglary - used a knife | 1988 | |
| 14 | Assault and battery | 1990 | 8 months probation |
| 14 | Aggravated assault (Robert burned another child's hair for fun) | 1990 | Caliente Youth Center |
| 14 | Sexual assault | 1990 | |

All of the above-mentioned offenses were committed in the state of Nevada. After the aggravated assault and sexual assault in 1990, Robert was sent to Caliente Youth Center in Caliente, Nevada, for nine months. He received his psychological evaluation while there. Robert was released in April 1991. He was placed on parole for two years. In July 1992, Robert was placed at West Care Treatment Center in Las Vegas, Nevada, because of his heavy involvement with drugs and alcohol. He was also involved in gangs. Robert was placed at West Care for a period of five months and when he was released from West Care Treatment Center, he was not on parole or probation.

## Placement History (PH) Scale: 5

Robert has had prior placement in another secure treatment facility. He was placed at Caliente Youth Services Center in Nevada from July 1990 through April 1991. The last placement he was in was from July through November 1992 where he was placed at the West Care Treatment Center as a result of failure to maintain on parole from Caliente by using drugs and alcohol and being involved in gangs. Robert is currently detained in Filer Juvenile Detention Facility awaiting placement at the Youth Services Center.

PAGE 4 - ROBERT POYSON - CRPT

PD PCR Anderson 012772

4

H004272

What family assessment techniques have been utilized in placement recommendation formulation?

See Page 1

What family members have been involved and what was the extent of their involvement?

Ruth Garcia - mother; Ruth had little input since Robert was Court ordered.

What intensive family-based services and/or intensive out-patient services have been utilized?

See Page 1

How often will the case manager be making face-to-face contact with the child if placed?

Monthly

What type and frequency of contact is the family expected to have with the child during placement?

Mother is 800 miles traveling distance away.  I would expect monthly contacts through telephone and written correspondence.

What types of services will be provided to the child's family during placement?

Communication of case plan update through conference calls and letters.

What is the projected discharge plan for the child? Was the family involved in discharge plan formulation?

12-18 months in secure placement.  Upon successful discharge from secure placement, emancipation.

Children's Review and Placement Team
CRPT Review Form

Review Date:  3-18-93

Region/Case Manager: REGION V/ED MC CARROLL

Name/Age of Child: ROBERT POYSON/16 1/2

Commitment Status: JUVENILE JUSTICE, REFERRING COURT TWIN FALLS COUNTY MAGISTRATE

Diagnostic Impression: A conduct disorder, solitary aggressive type

PAGE 5 - ROBERT POYSON - CRPT

PD PCR Anderson 012773

H004273

County:    Twin Falls County

School District Name and Number:  Twin Falls, District 411

Profile Summary Information:

    Family Assessment Scale----------------4
    Medical Assessment Scale--------------1
    Developmental Assessment Scale-------1
    Mental Health Scale--------------------3
    Substance Abuse Scale-----------------4
    Education Assessment Scale------------2
    Public Risk Scale----------------------4
    Placement History Scale---------------5

Historical Data:

    Psychotropic Meds?--------------------NO
    Arson?--------------------------------NO
    Sexual Abuse?-------------------------YES
    Sexual Offense?-----------------------YES
    Physical Abuse?-----------------------YES
    Substance Abuse?----------------------YES
    Suicide Attempt(s)?-------------------NO
    Runaway?------------------------------YES
    Violence?-----------------------------YES

Placement Recommendation:

    Day Treatment----------------------------
    Treatment Family-------------------------
    Residential Treatment--------------------
    Secure Treatment----------------------X
    Psychiatric Treatment--------------------

Projected Placement Date: APRIL 1993

Projected Length of Stay: 12-18 MONTHS

Projected  Discharge  Setting:   After   successful  discharge,
emancipation.

Case Manager Signature:_____
Case Manager Supervisor Signature:_____
Family & Children's Program Manager Signature:_____
Regional Director's Signature:_____
Placement Facility/Date:_____
Placement Coordinator's Signature:_____

EM:mlp
3-19-93


PAGE 6 - ROBERT POYSON - CRPT

PD PCR Anderson 012774

H004274