# EXHIBIT 7

# EXHIBIT 7

#C-34

## CHARTER COUNSELING CENTER

OF NORTHEASTERN NEVADA
1085 Idaho Street
Elko, Nevada 89801

## PSYCHIATRIC EVALUATION

Patient:  Robert Poyson

Address:  P.O. Box 212
          Jackpot, NV  89825

Phone:  (702) 755-2341

Date:  May 24, 1990

DOB:  ███████ 1976

Age:  13

### REASON FOR EVALUATION:

The Juvenile Department of the Fourth Judicial Court has requested a psychiatric evaluation of Robert for their records and to apparently help them in determining the best course of action for Robert's legal problems at this time.

### IDENTIFICATION OF PATIENT:

Robert Poyson is a 13 year old male, who comes to the evaluation with his mother.

### CHIEF COMPLAINT:

Robert gives no chief complaint.

### HISTORY OF PRESENT ILLNESS:

Robert has been getting into a lot of difficulties with school and with the law.  There have been several incidents which are well documented of his aggressive anti-social behavior.  Allegedly he has sexually abused another boy his age with threatening this boy physical harm should he not cooperate.  There are also several incidents of fighting, burglary, and malicious vandalism of a home.  Robert's mother reports that his behavior at home is also out of control.  Robert has a very difficult time following any type of set rules and regulations.  He apparently has been expelled from school twice, once for fighting and once for "cussing a teacher out."  He reports that last week he was suspended for two days for threatening to rape a 14 year old girl. However, he states this is not true and that the 14 year old girl just misunderstood what he was trying to say to her.

There are no symptoms of major depression.  He states he is not depressed and the only time he does get depressed is only for a few hours at a time, when he thinks about his older brother getting into fights and not doing well.

During the interview it was interesting to note that Robert frequently looked out the window and figited.  Although there is no evidence of

1085 Idaho Street, Elko, Nevada 89801  (702) 738-1341
A member of the Charter Medical Corporation family of quality health care facilities

CR-98-0510-AP

H003764

acute hyperactive behavior, it seems he obviously is not invested in having this examination completed, but is not uncooperative with the interviewer.

There is no evidence of psychosis. When I asked him how he might explain what is going on with him in regards to his legal difficulties, he stated, "I don't know." He answered most of the questions with this answer.

## FAMILY HISTORY:

Family history is very interesting in that Robert's biological father was sent to prison after Robert was conceived. His father had quite a number of legal difficulties, including being a drug dealer. Reportedly after six months in federal prison, he died and it was termed an accident. Ms. Gibson states that Robert's father had killed a police officer. In addition, Robert's biological uncle was sent to prison for shooting his wife. This was the extent of the information I gathered about his biological realitives. When I asked Robert if he understood that should his behavior continue to be at odds with the law, he might go to prison, he stated that he understands this and that he doesn't want to go to prison.

I asked Robert's mother if Robert ever has mood swings and she stated, "He can be so nice one minute and so nasty the next." She stated that he did quite well during his eight months of probation, (I don't know if this is true or not). She further stated that after his probation was over his behavior almost immediately deteriorated and apparently he began fighting, threatening, and getting at odds with the law again. He currently takes an antibiotic for some type of upper respiratory infection, but otherwise he is not taking any medication.

## MENTAL STATUS EXAM:

Robert is a 13 year old male who was dressed casually, but neatly. He has poor eye contact and is obviously not invested in having this assessment completed. He is not uncooperative, nor is he rude, but frequently looks out the window and does not specifically pay attention to the examination. Thought form shows no evidence of thought blocking or racing thoughts. Thought content shows no evidence of psychosis, dillusions, hullicinations, or illusions. He states he is not suicidal nor has he specific plans to hurt anyone. Although he can't seem to explain why he seems to get into fights and is very aggressive toward others. He was uncooperative to any specific form of testing and it is very hard to estimate an IQ of a 13 year old. He states he does not like school, but plans to finish school and then plans to join the Navy.

Gross memory seems to be intact in all three spheres. His judgement is very poor and impulsive, obviously there is little self control over his behavior.

## IMPRESSION:

AXIS   I:   Conduct disorder, Solitary aggressive type, 312.00
AXIS  II:   No diagnosis
AXIS III:   History of recent upper respiratory infection

PD PCR Anderson 012730

2

H003765

Robert Poyson--3

## DISCUSSION:

Robert's behavior presents the diagnosis of conduct disorder. This means that he is exhibiting many symptoms which would be called anti-social personality disorder, should his age be 18 or older. He has engaged in fire setting, at one point setting another man's hair on fire. He apparently has broken into home's and destroyed property. In addition, he has forced someone into sexual activity and often initiates physical fights. All of these things are very diagnostic of conduct disorder. I would call this a severe problem at this time. The prognosis for conduct disorder is poor, however, his mother describes him as being very moody. There is a slight possibility that some of his behavior could stem from a mood disorder such as manic depression or impulsive conduct disorder. Some times medication helps this condition. Specifically lithium carbonate or tegretol seems to reduce the impulsive anger that these type of people present. I would recommend that Robert be tried on one of these medications to see if it would help him. Should placement out of the home become necessary, a structive setting with 24 hour supervision would be appropriate to deter his anti-social behavior.

If I can be of any further help please call me at the Charter Counseling Center here in Elko.

Dr. Bruce A. Guernsey, D.O.
Psychiatrist

PD PCR Anderson 012731

H003766

Case No. CR-96-865

Def's Ex.# C-34

Identified 10-20-98
Admitted 10-20-98

Linda Seapy, Clerk

By_____MH_____
    Deputy Clerk

CR-98-0510-AP

PD PCR Anderson 012732

4

H003767