# EXHIBIT 13

# EXHIBIT 13

# OFFICE OF THE STATE
## CAPITAL POST CONVICTION DEFENDER

Martin Lieberman
Director

3443 NORTH CENTRAL AVENUE, SUITE 706
PHOENIX, AZ 85012

(602) 771-9000
FAX (602) 771-9014

April 22, 2008

Pinnacle Health Harrisburg Campus
Fax: (717) 782-3671

Re: Request for Medical Records for FRANK WINFIELD ANDERSON    DOB ████48

Custodian of Medical Records:

The Arizona State Supreme Court recently appointed our office to represent Mr. Anderson in a post conviction relief proceeding. In that vein, we are required to do an extensive study of his life, to include his medical history from birth forward. I believe that he was born in one of your facilities in April of 1948. These records are extremely important to our work.

Frank Anderson was born on ████ █ 1948 to Dorothy Louise Anderson (DOB ████/1922) and Winfield Anderson. Please send copies of all existing records for Frank Anderson's birth including all scans, any tests in addition to narrative reports, nurse notes, progress notes, physician notes, medication charts and any other records maintained and normally deemed confidential.

If any records have been destroyed, please send me the dates of admission that correlate to the destroyed records, as well as information as to when and why the records were destroyed. If no records are found, please let me know if there is some record which indicates who was admitted and discharged from your facility (ie, index cards, microfiche, etc.)

Enclosed please find a signed HIPPA release. Mr. Anderson has been declared indigent by the Arizona Supreme Court and it would be appreciated if these records could be produced at no cost.

If you have any questions, please don't hesitate to contact me at your convenience at 602-771-9000. Thank you so much for your kind assistance.

Sincerely,

Mary Patricia Durand
Capital Mitigation Specialist

Encl: HIPPA release

1

# OFFICE OF THE STATE CAPITAL
# POST CONVICTION DEFENDER
### 3443 North Central Avenue, Suite 706
### Phoenix, Arizona 85012
### (602) 771-7000
### fax (602) 771-7014

# FAX TRANSMITTAL

DATE:        April 23, 2008

FAX NO. DIALED:   (717) 782-3671

TO:    Pinnacle Health Harrisburg Campus

FROM: Dawn Campagnolo, assistant to Mary Durand

RE:   Frank W. Anderson, DOB ██-48

We are transmitting 3 pages which includes this cover sheet. If you do not receive all pages, please call (602)771-9000.

MESSAGE:

Please let me know if you need anything else. Thank you.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of the message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that the dissemination, distribution or copy of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the United States Postal Service. Thank you.

MEMORY TRANSMISSION REPORT

TIME        : 04-23-'08 09:27
FAX NO.1    : 6027719014
NAME        : State Cap PCR PD


FILE NO.        :   056
DATE            :   04.23 09:26
TO              : ☎917177823671
DOCUMENT PAGES  :   3
START TIME      :   04.23 09:26
END TIME        :   04.23 09:27
PAGES SENT      :   0
STATUS          :       0050


***      TX FAILURE NOTICE      ***


**OFFICE OF THE STATE CAPITAL
POST CONVICTION DEFENDER**
3443 North Central Avenue, Suite 706
Phoenix, Arizona 85012
(602) 771-7000
fax (602) 771-7014


## FAX TRANSMITTAL

DATE:        April 23, 2008

FAX NO. DIALED:    (717) 782-3671

TO:      Pinnacle Health Harrisburg Campus

FROM: Dawn Campagnolo, assistant to Mary Durand

RE:    Frank W. Anderson, DOB ███-48

We are transmitting 3 pages which includes this cover sheet. If you do not receive all pages, please call (602)771-9000.

MESSAGE:

Please let me know if you need anything else. Thank you.


The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of the message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that the dissemination, distribution or copy of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the United States Postal Service. Thank you.

3