# EXHIBIT 14

# EXHIBIT 14

# Frank Anderson Frequent Moves

September 2023



Frequent Moves & School Transitions - Birth to Age 18



Frequent Moves between Age 18-25

# Lifetime Transience



States Lived In - 22
Places Lived In - 93*
Served in Vietnam

* Lived in many places more than once for a total of 119 moves

Atherton
Bakersfield
Bellflower
Burbank
Carson
Compton
Fort Ord
Frazier Park
Garden Grove
Gardena
Glendale
Inglewood
Lake Elsinore
Lancaster
Lebec
Lemoore
Los Angeles
Marina del Rey
North Hollywood
Palmdale
Reseda
Riverside
San Diego
Santa Monica
Saratoga
Seaside
Sherman Oaks
Sunland
Vista
West Los Angeles

Bullhead City
Fort Huachuca
Holbrook
Kingman
Queen Creek
Rimrock
Seligman
Tucson

Boise

Salt Lake City

Rawlins

Grand Junction

Las Vegas

Lovington
Tucumcari

Austin
Belton
Buda
China Springs
El Mott
Houston
Jarrell
Killeen
Ross
Temple
Waco

Milwaukee
Pewaukee

Chicago

Louisville

Fife Lake
Gaylord
Grand Rapids
Royal Oak
S. Boardman

Cincinnati
Cleveland
Findlay

Charlotte

Miami
Pompano Beach
Venice

Bethlehem
Camp Hill
Enola
Philadelphia
Reading
York

New York City

Morristown

Claymont

Annapolis
Baltimore
Glen Burnie
Pikesville
Potomac

Grafton
Hampton
McLean

**Legend**

● Places Lived

▨ States Lived In

0    250    500  Miles

4