UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Winfield Anderson,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Ryan Thornell[1], Director,<br>Arizona Department of Corrections,<br>Rehabilitation, & Reentry *et al.*,<br><br>　　　　Respondents. | Case No. CV-23-08023-PCT-GMS<br><br>**[Proposed] ORDER**<br><br>DEATH PENALTY CASE |

**IT IS ORDERED** that Petitioner Frank Anderson's motion to stay and hold in abeyance these federal habeas proceedings is **GRANTED** pending the exhaustion of remedies in state court. The briefing schedule previously entered in this proceeding is stayed pending the conclusion of the state court proceedings. This Court will set a new brief schedule, if necessary, once the state proceedings are concluded.

---

[1] Ryan Thornell is automatically substituted for David Shinn as the Director of the Arizona Department of Corrections. Fed. R. Civ. P. 25(d).

1

1    **IT IS FURTHER ORDERED** that Petitioner's request to authorize federal
2    habeas counsel from the Federal Public Defender for the District of Nevada to seek
3    appointment in state court postconviction relief proceedings is **GRANTED**. Petitioner
4    shall file a notice with this Court within ten (10) days of any order from the state court
5    appointing the Nevada FPD as counsel in state postconviction proceedings.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23